BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Insulin Pricing Litig.                                          MDL No. 3080

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Exhibits to Pharmacy Benefit Manager Defendants' Opposition to Motion to Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings was filed on the Panel's CM/ECF system, which will send a copy to every party in this MDL by email.

Dated: June 15, 2023                        Respectfully submitted,

                                            /s/ Enu Mainigi
                                            Enu Mainigi
                                            Craig Singer
                                            R. Kennon Poteat III
                                            A. Joshua Podoll
                                            Daniel Dockery
                                            **WILLIAMS AND CONNOLLY LLP**
                                            680 Maine Avenue SW
                                            Washington, DC 20024
                                            Tel: (202) 434-5000
                                            Fax: (202) 434-5029
                                            emainigi@wc.com
                                            csinger@wc.com
                                            kpoteat@wc.com
                                            apodoll@wc.com
                                            ddockery@wc.com