**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL NO._____          IN RE: INSULIN PRICING LITIGATION

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>The State of Arkansas, ex. rel.<br>Tim Griffin, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc.<br>Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc.<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>CVS Pharmacy, Inc.<br>Caremark RX, LLC<br>CaremarkPCS Health, LLC<br>Caremark, LLC<br>OptumRX Inc.<br>OptumInsight, Inc. | E.D. Arkansas, Central Division | 4:22-cv-549-JM | James M. Moody Jr. |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br>The State of Illinois, ex. rel.<br>Kwame Raoul, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc.<br>Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc.<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>CVS Pharmacy, Inc.<br>Caremark RX, LLC<br>CaremarkPCS Health, LLC<br>Caremark, LLC<br>UnitedHealth Group, Inc.<br>OptumRx Inc.<br>OptumInsight, Inc. | N.D. Illinois,<br>Eastern Division | 1:23-cv-170 | Stephen C. Seeger |
| **Plaintiffs:**<br>The State of Kansas, ex. rel.<br>Derek Schmidt, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc. | D. Kansas,<br>Topeka Division | 5:23-cv-4002 | Eric F. Melgren |

| | | | |
|---|---|---|---|
| Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc.<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>CVS Pharmacy, Inc.<br>Caremark RX, LLC<br>CaremarkPCS Health, LLC<br>Caremark, LLC<br>OptumRX Inc. | | | |
| **Plaintiffs:**<br>The State of Mississippi, ex. rel.<br>Lynn Fitch, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc.<br>Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>Caremark RX, LLC | S.D. Mississippi, Northern Division | 3:21-cv-00674 | Kristi H. Johnson |

| | | | |
|---|---|---|---|
| Caremark PCS Health LLC<br>Caremark, LLC<br>OptumRX Inc. | | | |
| **Plaintiffs:**<br>State of Montana, ex. rel.<br>Austin Knudsen, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc.<br>Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc.<br>CVS Health Corporation<br>CVS Pharmacy, Inc.<br>Caremark RX, LLC<br>CaremarkPCS Health, LLC<br>Caremark, LLC<br>UnitedHealth Group, Inc.<br>OptumRx Inc.<br>OptumInsight, Inc. | D. Montana,<br>Helena Division | 6:22-cv-00087 | Brian Morris |

4