BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: INSULIN PRICING LITIGATION | § | MDL NO. _____ |

## REQUEST FOR ORAL ARGUMENT

Counsel for Movants, the States of Arkansas, Illinois, Kansas, Mississippi, and Montana, respectfully request oral argument before the Panel regarding its Motion For Transfer.

Oral argument will assist the Panel in understanding the various issues and challenges involved in this complex litigation, and why transfer of these actions would prevent unnecessary duplication and inconsistent results, and would promote efficiency for the judiciary and the parties. It would provide an opportunity for the parties to address any questions the Panel may have, and to update the Panel on any developments in the litigation, including the status of the actions included in the Motion and any potential tag-along actions, all of which is relevant to the Panel's decision.

Accordingly, Movant-Plaintiffs respectfully request that the Panel grant this request for oral argument.

Dated: May 9, 2023

Respectfully submitted,

**Counsel for Movants, the States of Arkansas, Illinois, Kansas, Mississippi, and Montana**

| | |
|---|---|
| */s/ Edwin S. Gault, Jr.* | */s/ W. Lawrence Deas* |
| Edwin S. Gault, Jr. | W. Lawrence Deas |
| Walter G. Watkins, III | William Liston, III |
| Tanya D. Ellis | **Liston & Deas, PLLC** |
| Courtney C. Hunt | 605 Crescent Blvd., Suite 200 |
| Daniel J. Mulholland | Ridgeland, MS 39157 |
| T. Joel Fyke | Tel: (601) 981-1636 |
| Jennifer M. Studebaker | Fax: (601) 982-0371 |
| **Forman Watkins & Krutz LLP** | lawrence@listondeas.com |
| 210 E. Capitol Street, Suite 2200 | william@listondeas.com |

Jackson, MS 39201-2375
Tel: (601) 960-8600
Fax: (601) 960-8613
win.gault@formanwatkins.com
Trey.Watkins@formanwatkins.com
Tanya.Ellis@formanwatkins.com
courtney.hunt@formanwatkins.com
daniel.mulholland@formanwatkins.com
joel.fyke@formanwatkins.com
jennifer.studebaker@formanwatkins.com

| | |
|---|---|
| */s/ Matthew C. McDonald* | */s/ Josh Wackerly* |
| Matthew C. McDonald | Josh Wackerly |
| **David Nutt & Associates** | Joanne Cicala |
| 605 Crescent Blvd., Suite 200 | R. Johan Conrod |
| Ridgeland, Mississippi 39157 | **The Cicala Law Firm PLLC** |
| Tel: (601) 898-7302 | 101 College Street |
| mattm@davidnutt.com | Dripping Springs, Texas 78620 |
| | Tel: (512) 275-6550 |
| | Fax: (512) 858-1801 |
| | joanne@cicalapllc.com |
| | josh@cicalapllc.com |
| | johan@cicalapllc.com |

OF COUNSEL:

Kate Donoven
Kim DuVall Renteria
**Arkansas Attorney General's Office**
323 Center Street, Suite 200
Little Rock, AR 72201
Tel: (501) 682-8114
Fax: (501) 682-8118
kim.renteria@arkansasag.gov
kate.donoven@arkansasag.gov

David F. Buysse
**Deputy Chief, Public Interest Division**
**Illinois Attorney General's Office**
100 W. Randolph Street – 12th Floor
Tel: (312) 590-7844
david.buysse@ilag.gov

Darren Kinkead
**Deputy Chief, Special Litigation Bureau**
**Office of the Attorney General of Illinois**
100 W. Randolph Street – 11th Floor
Tel: (773) 590-6967
darren.kinkead@ilag.gov

Christopher Teters
**Office of the Kansas Attorney General**
120 SW 10th Avenue
Topeka, KS 66612-1597
Tel: (785) 296-3751
Fax: (785) 291-3699
chris.teters@ag.ks.gov

Tricia L. Beale
**Mississippi Attorney General's Office**
1141 Bayview Ave., Suite 402
Biloxi, MS 39530
Tel: (228) 596-8803
tricia.beale@ago.ms.gov

Anna K. Schneider, MT Bar No. 13963
Bureau Chief, Consumer Protection
**Montana Department of Justice**
P.O. Box 200151
Helena, MT 59620-0151
Tel: (406) 444-4500
Fax: (406) 444-3594
anna.schneider@mt.gov

## Certificate of Service

I hereby certify that on May 9, 2023, the clerks of the relevant district courts and counsel for the parties have been served with the foregoing by U.S. mail or electronic mail, as indicated in the Proof of Service filed herewith.

*/s/ Edwin S. Gault, Jr.*
Edwin S. Gault, Jr.