**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: INSULIN PRICING
LITIGATION**

MDL-_____

**PROOF OF SERVICE**

We hereby certify that a copy of the foregoing Motion, Memorandum, Schedule of

Actions, Exhibits, Request for Oral Argument, and this Proof of Service were served by U.S.

mail or electronic mail (as indicated below) on May 9, 2023, to the following:

**Clerks of the Courts:**
*Via U.S. Mail:*

**Clerk of Court**
**US District Court**
Eastern District of Arkansas (Central Division)
600 W Capitol Avenue, Rm A149
Little Rock, AR 72201

**Clerk of Court**
**U.S. District Court**
Northern District of Illinois (Eastern Division)
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Clerk of Court**
**U.S. District Court**
District of Kansas (Topeka Division)
Frank Carlson Federal Building
444 S.E. Quincy
Topeka, KS 66683
ksd_clerks_topeka@ksd.uscourts.gov

**Clerk of Court**
**United States District Court**
Southern District of Mississippi (Jackson Division)
Thad Cochran United States Courthouse
501 E. Court Street

Suite 2.500
Jackson, MS 39201

**Clerk of Court**
**U.S. District Court**
District of Montana (Helena Division)
Paul G. Hatfield Federal Courthouse
901 Front Street
Helena, MT 59626


**Counsel for Defendant: Eli Lilly and Company**
*Via E-Mail*

Andrew A. Kassof
James F. Hurst
Diana M. Watral
Ryan J. Moorman
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, IL 60654
Andrew.Kassof@kirkland.com
James.Hurst@kirkland.com
Diana.Watral@kirkland.com
Ryan.Moorman@kirkland.com
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; D. Montana, No. 6:22-cv-00087.*

Jason A. Feld
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, IL 60654
Jason.feld@kirkland.com
*N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; D. Montana, No. 6:22-cv-00087.*

Samantha G. Rose
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, IL 60654
Sam.rose@kirkland.com
*S.D. Mississippi, No. 3:21-cv-00674*

Steven W. Quattlebaum
**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900
Little Rock, AR 72201
quattlebaum@qgtlaw.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Bryan E. Mouber
**WALLACE SAUNDERS AUSTIN BROWN & ENOCHS CHARTERED - OP**
10111 W. 87th Street
Overland Park, KS 66212
bmouber@wallacesaunders.com
*D. Kansas, No. 5:23-cv-4002*

Robert L. Gibbs
**GIBBS TRAVIS PLLC**
210 East Capitol Street, Suite 1810
Jackson, MS 39201
rgibbs@gibbstravis.com
*S.D. Mississippi, No. 3:21-cv-00674*

William W. Mercer
**HOLLAND & HART LLP**
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
wwmercer@hollandhart.com
*D. Montana, No. 6:22-cv-00087*


**Counsel for Defendant: Novo Nordisk Inc.**
*Via E-Mail*

Andrew Yaphe
Neal Potischman
**DAVIS POLK & WARDWELL, LLP**
1600 El Camino Real
Menlo Park, CA 94025
andrew.yaphe@davispolk.com
neal.potischman@davispolk.com
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; D. Montana, No. 6:22-cv-00087.*

James P. Rouhandeh
**DAVIS POLK & WARDWELL, LLP**
450 Lexington Avenue
New York, NY 10017
rouhandeh@davispolk.com
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; D. Montana, No. 6:22-cv-00087.*

Gordon S. Rather, Jr.
Scott A. Irby
Jessica Pruitt Koehler
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
grather@wlj.com
sirby@wlj.com
jkoehler@wlj.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Suyash Agrawal
Paul Berks
**MASSEY & GAIL LLP**
50 E. Washington St., Suite 400
Chicago, IL 60602
sagrawal@masseygail.com
pberks@masseygail.com
*N.D. Illinois, No. 1:23-cv-170*

Clayton J. Kaiser
Gary L. Ayers
**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
ckaiser@foulston.com
gayers@foulston.com
*D. Kansas, No. 5:23-cv-4002*

John A. Crawford, Jr.
Phillip S. Sykes
P. Ryan Beckett
Christopher D. Morris
**BUTLER SNOW LLP**
P.O. Box 6010

Ridgeland, MS 39158-6010
jack.crawford@butlersnow.com
phillip.sykes@butlersnow.com
ryan.beckett@butlersnow.com
Chris.Morris@butlersnow.com
*S.D. Mississippi, No. 3:21-cv-00674*

Ian Hogg
**DAVIS POLK & WARDWELL, LLP**
1600 El Camino Real
Menlo Park, CA 94025
Ian.hogg@davispolk.com
*S.D. Mississippi, No. 3:21-cv-00674*

David B. Toscano
Chui-Lai Cheung
**DAVIS POLK & WARDWELL, LLP**
450 Lexington Avenue
New York, NY 10017
david.toscano@davispolk.com
chui-lai.cheung@davispolk.com
*S.D. Mississippi, No. 3:21-cv-00674*

Emma L. Mediak
Elijah L. Inabnit
**GARLINGTON, LOHN & ROBINSON, PLLP**
350 Ryman Street
P.O. Box 7909
Missoula, MT 59807-7909
elmediak@garlington.com
elinabnit@garlington.com
*D. Montana, No. 6:22-cv-00087*


**Counsel for Defendant: Sanofi Aventis U.S. LLC**
*Via Email*

Shirlethia V. Franklin
William Coglianese
Theresa C. Martin
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC 20001-2113

sfranklin@jonesday.com
wcoglianese@jonesday.com
tcoughlin@jonesday.com
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; D. Montana, No. 6:22-cv-00087.*

Lyn P. Pruitt
**DLA PIPER LLP**
10809 Executive Center Drive
Searcy Building, Suite 205
Little Rock, AR 72211
lyn.pruitt@us.dlapiper.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Jordan M. Matthews
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
jmatthews@jonesday.com
*N.D. Illinois, No. 1:23-cv-170*

Robert J. McCully
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108-2613
rmccully@shb.com
*D. Kansas, No. 5:23-cv-4002*

Daniel W. Berens
**JONES DAY**
325 John H. McConnell Blvd, Suite 600
Columbus, OH  43215
dberens@jonesday.com
*S.D. Mississippi, No. 3:21-cv-00674*

Michael Ryan Harmanis
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017 (43216-5017)
Columbus, OH 43215-2673
rharmanis@jonesday.com
*S.D. Mississippi, No. 3:21-cv-00674*

Aaron M. Healey
**JONES DAY**
250 Vesey Street
New York, NY 10281
ahealey@jonesday.com
*S.D. Mississippi, No. 3:21-cv-00674*

R. David Kaufman
M. Patrick McDowell
**BRUNINI, GRANTHAM, GROWER, HEWES PLLC**
P.O. Drawer 119
Jackson, MS 39205
dkaufman@brunini.com
pmcdowell@brunini.com
*S.D. Mississippi, No. 3:21-cv-00674 PLLC*

Elizabeth W. Lund
**BERG LILLY, PC**
1 West Main Street
Bozeman, MT 59715
lund@berglawfirm.com
*D. Montana, No. 6:22-cv-00087*

**Counsel for Defendants:  Evernorth Health, Inc. (*formerly* Express Scripts Holding Company); Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.**
*Via Email*

Jason R. Scherr
Patrick A. Harvey
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; D. Montana, No. 6:22-cv-00087.*

John Keeling Baker
John Polk Talbot
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800

Little Rock, AR 72201
jbaker@mwlaw.com
jtalbot@mwlaw.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Beth Herrington
**MORGAN, LEWIS & BOCKIUS, LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
beth.herrington@morganlewis.com
*N.D. Illinois, No. 1:23-cv-170*

Taylor Concannon Hausmann
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
taylor.hausmann@huschblackwell.com
*D. Kansas, No. 5:23-cv-4002*

Lindsey T. Levy
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Lindsey.levy@morganlewis.com
*E.D. Arkansas, No. 4:22-cv-549-JM; S.D. Mississippi, No. 3:21-cv-00674*

Stephanie M. Rippee
**WATKINS & EAGER**
P.O. Box 650
Jackson, MS 39205-0650
srippee@watkinseager.com
*S.D. Mississippi, No. 3:21-cv-00674*

Chad E. Adams
J. Daniel Hoven
Megan E. Wampler
**BROWNING, KALECZYC, BERRY & HOVEN, P.C.**
800 N. Last Chance Gulch, Suite 101
P.O. Box 1697
Helena, MT 59624
chad@bkbh.com
dan@bkbh.com
meganw@bkbh.com

*D. Montana, No. 6:22-cv-00087*

**Counsel for Defendant: Medco Health Solutions, Inc.**
*Via Email*

Jason R. Scherr
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
jr.scherr@morganlewis.com
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; D. Montana, No. 6:22-cv-00087.*

Patrick A. Harvey
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
patrick.harvey@morganlewis.com
*E.D. Arkansas, No. 4:22-cv-549-JM; D. Kansas, No. 5:23-cv-4002; D. Montana, No. 6:22-cv-00087.*

John Keeling Baker
John Polk Talbot
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C**.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
jbaker@mwlaw.com
jtalbot@mwlaw.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Beth Herrington
**MORGAN, LEWIS & BOCKIUS, LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
beth.herrington@morganlewis.com
*N.D. Illinois, No. 1:23-cv-170*

Taylor Concannon Hausmann
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
taylor.hausmann@huschblackwell.com
*D. Kansas, No. 5:23-cv-4002*

Lindsey T. Levy
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Lindsey.levy@morganlewis.com
*E.D. Arkansas, No. 4:22-cv-549-JM; S.D. Mississippi, No. 3:21-cv-00674*

Stephanie M. Rippee
**WATKINS & EAGER**
P.O. Box 650
Jackson, MS 39205-0650
srippee@watkinseager.com
*S.D. Mississippi, No. 3:21-cv-00674*

Chad E. Adams
J. Daniel Hoven
Megan E. Wampler
**BROWNING, KALECZYC, BERRY & HOVEN, P.C.**
800 N. Last Chance Gulch, Suite 101
P.O. Box 1697
Helena, MT 59624
chad@bkbh.com
dan@bkbh.com
meganw@bkbh.com
*D. Montana, No. 6:22-cv-00087*


**Counsel for Defendants: CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx LLC; Caremark PCS Health, LLC; Caremark LLC.**
*Via Email*

Craig D. Singer
R. Kennon Poteat, III
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
csinger@wc.com
kpoteat@wc.com
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; D. Montana, No. 6:22-cv-00087*

Atticus W. DeProspo
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
adeprospo@wc.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

J. Carter Fairley
D. Reece Owens
**BARBER LAW FIRM, PLLC**
425 West Capitol Avenue, Suite 3400
Little Rock, AR 72201-3483
cfairley@barberlawfirm.com
rowens@barberlawfirm.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Alexander Gazikas
McKayla R. Stokes
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Agazikas@wc.com
Mstokes@wc.com
*N.D. Illinois, No. 1:23-cv-170; D. Montana, No. 6:22-cv-00087*

A. Joshua Podoll
Enu Mainigi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Apodoll@wc.com
Emainigi@wc.com
*N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002.*

Elizabeth Z. Meraz
**NIXON PEABODY**
70 W. Madison Street
Suite 5200
Chicago, IL 60602
ezmeraz@nixonpeabody.com
*N.D. Illinois, No. 1:23-cv-170*

Leo Yi Ding
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Lding@wc.com
*D. Kansas, No. 5:23-cv-4002*

Casey P. Murray
Emily Nicole Reed
**SPENCER FANE LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
cmurray@spencerfane.com
ereed@spencerfane.com
*D. Kansas, No. 5:23-cv-4002*

Bruce F. Fain
Nicholas A. Munoz
**CROWLEY FLECK PLLP**
500 Transwestern Plaza II
490 North 31st Street
P.O. Box 2529
Billings, MT 59103-2529
bfain@crowleyfleck.com
nmunoz@crowleyfleck.com
*D. Montana, No. 6:22-cv-00087*

**Counsel for Defendants: CVS Health Corporation; Caremark Rx LLC; Caremark PCS Health, LLC; Caremark LLC.**
*Via Email*

Atticus W. DeProspo
Craig D. Singer
R. Kennon Poteat, III
Enu Mainigi
Daniel Martin Dockery
A. Joshua Podoll
Alexander Gazikas
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
adeprospo@wc.com

csinger@wc.com
kpoteat@wc.com
emainigi@wc.com
ddockery@wc.com
apodoll@wc.com
agazikas@wc.com
*S.D. Mississippi, No. 3:21-cv-00674*

J. Cal Mayo, Jr.
Kate M. Embry
**MAYO MALLETTE PLLC**
5 University Office Park
2094 Old Taylor Road, Suite 200
Oxford, MS 38655
cmayo@mayomallette.com
kembry@mayomallette.com
*S.D. Mississippi, No. 3:21-cv-00674*

Breanna F. G. Young
**MAYO MALLETTE PLLC**
4400 Old Canton Road, Suite 150
Jackson, MS 39211
byoung@mayomallette.com
*S.D. Mississippi, No. 3:21-cv-00674*


**Counsel for Defendants: UnitedHealth Group, Inc.; OptumRx, Inc.; OptumInsight,  Inc.**
*Via Email*

Michael R. Hoernlein
Kyle Hair
**ALSTON & BIRD LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
michael.hoernelin@alston.com
kyle.hair@alston.com
*N.D. Illinois, No. 1:23-cv-170*

Patricia B. Holmes
Lucas T. Rael
**RILEY SAFER HOLMES & CANCILA**
70 W. Madison Street, Suite 2900
Chicago, IL 60602

pholmes@rshc-law.com
lrael@rshc-law.com
*N.D. Illinois, No. 1:23-cv-170*

Jordan E. Edwards
Elizabeth B. Brown
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
One Atlantic Center, Suite 4900
Atlanta, GA 30309
jordan.edwards@alston.com
liz.brown@alston.com
*N.D. Illinois, No. 1:23-cv-170; D. Montana, No. 6:22-cv-00087.*

Brian D. Boone
**ALSTON & BIRD LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
brian.boone@alston.com
*D. Montana, No. 6:22-cv-00087*

Katherine Huso
**MATOVICH, KELLER & HUSO, P.C.**
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59103-1098
khuso@mkhattorneys.com
*D. Montana, No. 6:22-cv-00087*

**Counsel for Defendant: OptumRx, Inc.**
*Via Email*

Brian D. Boone
**ALSTON & BIRD LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
brian.boone@alston.com
*D. Kansas, No. 5:23-cv-4002; N.D. Illinois, No. 1:23-cv-170; S.D. Mississippi, No. 3:21-cv-00674; E.D. Arkansas, No. 4:22-cv-549-JM.*

D. Andrew Hatchett
Elizabeth B. Brown
**ALSTON & BIRD LLP**

1201 W. Peachtree Street
One Atlantic Center, Suite 4900
Atlanta, GA 30309
andrew.hatchett@alston.com
Liz.brown@alston.com
*D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; E.D. Arkansas, No. 4:22-cv-549-JM.*

Kelley C. Barnaby
**ALSTON & BIRD LLP**
The Atlantic Building, 950 F Street
Washington, D.C. 20004
kelley.barnaby@alston.com
*D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; E.D. Arkansas, No. 4:22-cv-549-JM.*

Baxter D. Drennon
**HALL BOOTH SMITH, P.C.**
500 President Clinton Ave., Suite RL20
Little Rock, AR 72201
bdrennon@hallboothsmith.com
*E.D. Arkansas, No. 4:22-cv-549-JM.*

Bradley J. Schlozman
**HINKLE LAW FIRM LLC**
1617 N. Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
bschlozman@hinklaw.com
*D. Kansas, No. 5:23-cv-40*02

Roy D. Campbell, III
Jonathan M. Barnes
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Jackson Place, Suite 1000
188 E. Capitol Street
Jackson, MS 39201
rcampbell@bradley.com
jbarnes@bradley.com
*S.D. Mississippi, No. 3:21-cv-00674*

Jean E. Richmann
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100

San Francisco, CA 94105
Jean.richmann@alston.com
*S.D. Mississippi, No. 3:21-cv-00674; E.D. Arkansas, No. 4:22-cv-549-JM.*


**Counsel for Defendant: OptumInsight, Inc.**
*Via Email*

Jean E. Richmann
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
jean.richmann@alston.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Kelley C. Barnaby
**ALSTON & BIRD LLP**
The Atlantic Building, 950 F Street
Washington, D.C. 20004
kelley.barnaby@alston.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Brian D. Boone
**ALSTON & BIRD LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
brian.boone@alston.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Andrew D. Hatchett
Elizabeth B. Brown
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
One Atlantic Center, Suite 4900
Atlanta, GA 30309
Andrew.hatchett@alston.com
Liz.brown@alston.com
*E.D. Arkansas, No. 4:22-cv-549-JM*

Baxter D. Drennon
**HALL BOOTH SMITH, P.C.**
500 President Clinton Ave., Suite RL20
Little Rock, AR 72201

bdrennon@hallboothsmith.com
*E.D. Arkansas, No. 4:22-cv-549-JM*


**Plaintiffs:**
*Via E-Mail*

Kate Donoven
Senior Assistant Attorney General
Kim DuVall Renteria
Assistant Attorney General
**ARKANSAS ATTORNEY GENERAL'S OFFICE**
323 Center Street, Suite 200
Little Rock, AR 72201
kim.renteria@arkansasag.gov
kate.donoven@arkansasag.gov
**Counsel for Plaintiff: The State of Arkansas, ex. rel. Tim Griffin, Attorney General**
*E.D. Arkansas, No. 4:22-cv-549-JM*

Gary B. Rogers
**HILBURN & HARPER, LTD.**
One Riverfront Place, Eighth Floor
P.O. Box 5551
North Little Rock, AR 72119
grogers@hilburnlawfirm.com
**Counsel for Plaintiff: The State of Arkansas, ex. rel. Tim Griffin, Attorney General**
*E.D. Arkansas, No. 4:22-cv-549-JM*

Edwin S. Gault, Jr.
Walter G. Watkins, III
Tanya D. Ellis
**FORMAN WATKINS & KRUTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Win.Gault@formanwatkins.com
Trey.Watkins@formanwatkins.com
Tanya.Ellis@formanwatkins.com
**Counsel for Plaintiff: The State of Arkansas, ex. rel. Tim Griffin, Attorney General; The State of Illinois, ex. rel. Kwame Raoul, Attorney General; The State of Kansas, ex. rel. Derek Schmidt, Attorney General; The State of Mississippi, ex. rel. Lynn Fitch, Attorney General.**
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674.*

William Liston, III
W. Lawrence Deas
**LISTON & DEAS, PLLC**
605 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
william@listondeas.com
lawrence@listondeas.com
**Counsel for Plaintiffs: The State of Arkansas, ex. rel. Tim Griffin, Attorney General; The State of Illinois, ex. rel. Kwame Raoul, Attorney General; The State of Kansas, ex. rel. Derek Schmidt, Attorney General; The State of Mississippi, ex. rel. Lynn Fitch, Attorney General; The State of Montana, ex. rel. Austin Knudsen, Attorney General.**
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; D. Montana, No. 6:22-cv-00087.*

Matthew C. McDonald
**DAVID NUTT & ASSOCIATES**
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
mattm@davidnutt.com
**Counsel for Plaintiffs: The State of Arkansas, ex. rel. Tim Griffin, Attorney General; The State of Illinois, ex. rel. Kwame Raoul, Attorney General; The State of Kansas, ex. rel. Derek Schmidt, Attorney General; The State of Mississippi, ex. rel. Lynn Fitch, Attorney General; The State of Montana, ex. rel. Austin Knudsen, Attorney General.**
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; D. Montana, No. 6:22-cv-00087.*

Joanne Cicala
Josh Wackerly
**THE CICALA LAW FIRM PLLC**
101 College Street
Dripping Springs, TX 78620
joanne@cicalapllc.com
josh@cicalapllc.com
**Counsel for Plaintiffs:  The State of Arkansas, ex. rel. Tim Griffin, Attorney General; The State of Illinois, ex. rel. Kwame Raoul, Attorney General; The State of Kansas, ex. rel. Derek Schmidt, Attorney General; The State of Mississippi, ex. rel. Lynn Fitch, Attorney General.**
*E.D. Arkansas, No. 4:22-cv-549-JM; N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674.*

David F. Buysse
Deputy Chief, Public Interest Division
**ILLINOIS ATTORNEY GENERAL'S OFFICE**
100 W. Randolph Street – 12th Floor
david.buysse@ilag.gov
**Counsel for Plaintiff:  The State of Illinois, ex. rel. Kwame Raoul, Attorney General**
*N.D. Illinois, No. 1:23-cv-170*

Darren Kinkead
Deputy Chief, Special Litigation Bureau
**OFFICE OF THE ATTORNEY GENERAL OF ILLINOIS**
100 W. Randolph Street – 11th Floor
darren.kinkead@ilag.gov
**Counsel for Plaintiff:  The State of Illinois, ex. rel. Kwame Raoul, Attorney General**
*N.D. Illinois, No. 1:23-cv-170*

James F. Clayborne
**CLAYBORNE & WAGNER LLP**
525 W. Main Street, Suite 105
Belleville, IL 62220-1534
jclayborne@cswlawllp.com
**Counsel for Plaintiff:  The State of Illinois, ex. rel. Kwame Raoul, Attorney General**
*N.D. Illinois, No. 1:23-cv-170*

Christopher Teters
**OFFICE OF THE KANSAS ATTORNEY GENERAL**
120 SW 10th Avenue
Topeka, KS 66612-1597
chris.teters@ag.ks.gov
**Counsel for Plaintiff: The State of Kansas, ex. rel. Derek Schmidt, Attorney General**
*D. Kansas, No. 5:23-cv-4002*

R. Johan Conrod
**THE CICALA LAW FIRM PLLC**
101 College Street
Dripping Springs, TX 78620
Johan@cicalapllc.com
**Counsel for Plaintiff: The State of Illinois, ex. rel. Kwame Raoul, Attorney General; The State of Kansas, ex. rel. Derek Schmidt, Attorney General; The State of Mississippi, ex. rel. Lynn Fitch, Attorney General**
*N.D. Illinois, No. 1:23-cv-170; D. Kansas, No. 5:23-cv-4002; S.D. Mississippi, No. 3:21-cv-00674; D. Montana, No. 6:22-cv-00087.*

Daniel J. Mulholland
T. Joel Fyke
Courtney C. Hunt
**FORMAN WATKINS & KRUTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Daniel.mulholland@formanwatkins.com
Joel.fyke@formwatkins.com
Courtney.hunt@formanwatkins.com
**Counsel for Plaintiff: The State of Mississippi, ex. rel. Lynn Fitch, Attorney General**
*S.D. Mississippi, No. 3:21-cv-00674*

Tricia L. Beale, Esq.
**MISSISSIPPI ATTORNEY GENERAL'S OFFICE**
1141 Bayview Ave., Suite 402
Biloxi, MS 39530
tricia.beale@ago.ms.gov
**Counsel for Plaintiff:  The State of Mississippi, ex. rel. Lynn Fitch Attorney General**
*S.D. Mississippi, No. 3:21-cv-00674*

Jennifer M. Studebaker
Tanya D. Ellis
**FORMAN WATKINS & KRUTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Jennifer.studebaker@formanwatkins.com
Tanya.Ellis@formanwatkins.com
**Counsel for Plaintiffs: The State of Montana, ex. rel. Austin Knudsen, Attorney General**
*D. Montana, No. 6:22-cv-00087*

Anna K. Schneider
Bureau Chief, Consumer Protection
**MONTANA DEPARTMENT OF JUSTICE**
P.O. Box 200151
Helena, MT 59620-0151
anna.schneider@mt.gov
**Counsel for Plaintiff:  The State of Montana, ex. rel. Austin Knudsen, Attorney General**
*D. Montana, No. 6:22-cv-00087*

Josh Wackerly
**THE CICALA LAW FIRM PLLC**
101 College Street
Dripping Springs, TX 78620

Josh@cicalapllc.com
**Counsel for Plaintiff: The State of Montana, ex. rel. Austin Knudsen, Attorney General**
*D. Montana, No. 6:22-cv-00087*


Dated: May 9, 2023

Counsel for Movants

*/s/ Edwin S. Gault, Jr.*
Edwin S. Gault, Jr.
Walter G. Watkins, III
Tanya D. Ellis
Courtney C. Hunt
Daniel J. Mulholland
T. Joel Fyke
Jennifer M. Studebaker
**Forman Watkins & Krutz LLP**
210 E. Capitol Street, Suite 2200
Jackson, MS 39201-2375
Tel: (601) 960-8600
Fax: (601) 960-8613
win.gault@formanwatkins.com
Trey.Watkins@formanwatkins.com
Tanya.Ellis@formanwatkins.com
courtney.hunt@formanwatkins.com
daniel.mulholland@formanwatkins.com
joel.fyke@formanwatkins.com
jennifer.studebaker@formanwatkins.com

*/s/ W. Lawrence Deas*
W. Lawrence Deas
William Liston, III
**Liston & Deas, PLLC**
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
Tel: (601) 981-1636
Fax: (601) 982-0371
lawrence@listondeas.com
william@listondeas.com

*/s/ Matthew C. McDonald*
Matthew C. McDonald
**David Nutt & Associates**
605 Crescent Blvd., Suite 200
Ridgeland, Mississippi 39157
Tel: (601) 898-7302
mattm@davidnutt.com

*/s/ Josh Wackerly*
Josh Wackerly
Joanne Cicala
R. Johan Conrod
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com
johan@cicalapllc.com