## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. _____           IN RE: INSULIN PRICING LITIGATION

## SCHEDULE OF ACTIONS

|   | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br>The State of Arkansas, ex rel. Tim Griffin, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc.<br>Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc.<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>CVS Pharmacy, Inc.<br>Caremark Rx, LLC<br>CaremarkPCS Health, LLC<br>Caremark, LLC<br>OptumRx Inc.<br>OptumInsight, Inc. | E.D. Arkansas, Central Division | 4:22-cv-549-JM | James M. Moody Jr. |

| | | | | |
|---|---|---|---|---|
| 2 | **Plaintiff:**<br>The State of Illinois, ex rel.<br>Kwame Raoul, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc.<br>Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc.<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>CVS Pharmacy, Inc.<br>Caremark Rx, LLC<br>CaremarkPCS Health, LLC<br>Caremark, LLC<br>UnitedHealth Group, Inc.<br>OptumRx Inc.<br>OptumInsight, Inc. | N.D. Illinois, Eastern Division | 1:23-cv-170 | Stephen C. Seeger |
| 3 | **Plaintiff:**<br>The State of Kansas, ex rel.<br>Kris Kobach, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc. | D. Kansas, Topeka Division | 5:23-cv-4002-EFM-RES | Eric F. Melgren |

| | | | | |
|---|---|---|---|---|
| | Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc.<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>CVS Pharmacy, Inc.<br>Caremark Rx, LLC<br>CaremarkPCS Health, LLC<br>Caremark, LLC<br>OptumRx Inc. | | | |
| 4 | **Plaintiff:**<br>The State of Mississippi, ex rel. Lynn Fitch, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc.<br>Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>Caremark Rx, LLC | S.D. Mississippi, Northern Division | 3:21-cv-00674-KHJ-MTP | Kristi H. Johnson |

| | | | | |
|---|---|---|---|---|
| | Caremark PCS Health, LLC<br>Caremark, LLC<br>OptumRx Inc. | | | |
| 5 | **Plaintiffs:**<br>State of Montana, ex rel.<br>Austin Knudsen, Attorney General<br><br>**Defendants:**<br>Eli Lilly and Company<br>Novo Nordisk Inc.<br>Sanofi-Aventis U.S. LLC<br>Evernorth Health, Inc. (Formerly Express Scripts Holding Company)<br>Express Scripts, Inc.<br>Express Scripts Administrators, LLC<br>ESI Mail Pharmacy Service, Inc.<br>Express Scripts Pharmacy, Inc.<br>Medco Health Solutions, Inc.<br>CVS Health Corporation<br>CVS Pharmacy, Inc.<br>Caremark Rx, LLC<br>CaremarkPCS Health, LLC<br>Caremark, LLC<br>UnitedHealth Group, Inc.<br>OptumRx Inc.<br>OptumInsight, Inc. | D. Montana,<br>Helena Division | 6:22-cv-00087-BMM | Brian Morris |