Query    Reports    Utilities    Help    Log Out

JURY,PSH

## U.S. District Court
## Eastern District of Arkansas (Central Division)
## CIVIL DOCKET FOR CASE #: 4:22-cv-00549-JM

Griffin v. Eli Lilly and Company et al
Assigned to: Judge James M. Moody Jr.
Case in other court: Pulaski County Circuit Court, 60CV-22-02976
Cause: 28:1441 Petition for Removal

Date Filed: 06/10/2022
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question
Trial Date: 04/07/2025

**Plaintiff**

**Tim Griffin**
*Attorney General, State of Arkansas, ex rel (originally named as Leslie Rutledge)*

represented by **Amanda Denise Land**
Arkansas Department of Transformation and Shared Services
501 Woodlane Street, Suite 501
Little Rock, AR 72201
501-682-5142
Email: amanda.land@arkansas.gov
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edwin S Gault , Jr.**
Forman Watkins & Krutz LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201-2375
601-969-7834
Email: win.gault@formanwatkins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary B. Rogers**
Hilburn & Harper LTD
1 Riverfront Place
Eighth Floor
Suite 3700
North Little Rock, AR 72119
501-372-0110
Fax: 501-372-2029
Email: grogers@hilburnlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Anne Donoven**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610
501-682-8114
Fax: 501-682-2591
Email: kate.donoven@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Renteria**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610
501-682-7383
Email: kim.renteria@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon L. Halijan**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610
501-683-1509
Email: shannon.halijan@arkansasag.gov
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tanya Dearman Ellis**
Forman Watkins & Krutz LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201-2375
601-960-3210
Fax: 601-960-8613
Email: tanya.ellis@formanwatkins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Walter Garner Watkins , III**
Forman Watkins & Krutz LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201-2375
601-973-5904
Email: trey.watkins@formanwatkins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
The Cicala Law Firm PLLC
101 College Street
Dripping Springs, TX 78620
512-275-6550
Fax: 512-858-1801
Email: joanne@cicalapllc.com
*ATTORNEY TO BE NOTICED*

**Josh T. Wackerly**
The Cicala Law Firm PLLC
101 College Street
Dripping Springs, TX 78620
512-275-6550
Fax: 512-858-1801
Email: josh@cicalapllc.com
*ATTORNEY TO BE NOTICED*

**Matthew C. McDonald**
David Nutt & Associates PC
605 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
601-898-7302
Email: mattm@davidnutt.com
*ATTORNEY TO BE NOTICED*

**William Lawrence Deas**
Liston & Deas PLLC
605 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
601-981-1636
Fax: 601-982-0371
Email: lawrence@listondeas.com
*ATTORNEY TO BE NOTICED*

**William Liston , III**
Liston & Deas PLLC
605 Crescent Boulevard, Suite 200

Ridgeland, MS 39157
601-981-1636
Fax: 601-982-0371
Email: william@listondeas.com
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Eli Lilly and Company**                    represented by **Andrew A. Kassof**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2474
Email: akassof@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diana M. Watral**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000
Email: diana.watral@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James F. Hurst**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-5230
Email: james.hurst@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Moorman**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000
Email: ryan.moorman@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany S. Ford**
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325
501-379-1750
Email: bford@qgtlaw.com
*TERMINATED: 04/13/2023*
*ATTORNEY TO BE NOTICED*

**Steven W. Quattlebaum**
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325
501-379-1707
Fax: 501-379-3807
Email: quattlebaum@qgtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Novo Nordisk Inc**                                    represented by **Andrew Yaphe**
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
650-752-2088
Fax: 650-752-3688
Email: andrew.yaphe@davispolk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212-450-4000
Email: james.rouhandeh@davispolk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal A. Potischman**
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
650-752-2000
Email: neal.potischman@davispolk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gordon S. Rather , Jr.**
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
501-371-0808
Email: grather@wlj.com
*ATTORNEY TO BE NOTICED*

**Jessica Pruitt Koehler**
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
501-371-0808
Email: jkoehler@wlj.com
*ATTORNEY TO BE NOTICED*

**Scott Andrew Irby**
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
501-212-1359
Email: sirby@wlj.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Sanofi-Aventis US LLC**                               represented by **Lyn Peeples Pruitt**
DLA Piper LLP
Searcy Building, Suite 205
10809 Executive Center Drive
Little Rock, AR 72211
214-743-4582
Fax: 214-665-5982
Email: LYN.PRUITT@US.DLAPIPER.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shirlethia V. Franklin**
Jones Day

51 Louisiana Avenue NW
Washington, DC 20001-2113
202-879-3892
Fax: 202-626-1700
Email: sfranklin@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theresa Coughlin Martin**
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001-2113
202-879-3617
Email: tcoughlin@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D. Coglianese**
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001-2113
202-879-3710
Email: wcoglianese@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Evernorth Health Inc**
*formerly known as*
Express Scripts Holding Company

represented by **Jason S. Scherr**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 2004-2541
202-373-6709
Email: jr.scherr@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Keeling Baker**
Mitchell, Williams, Selig, Gates & Woodyard PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
501-688-8850
Email: jbaker@mwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Titus Levy**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 2004-2541
202-739-5724
Fax: 202-739-3001
Email: lindsey.levy@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Harvey**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 2004-2541
202-373-6284
Fax: 202-739-3001
Email: patrick.harvey@morganlewis.com
*LEAD ATTORNEY*

                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**
**Express Scripts Inc**                          represented by  **Jason S. Scherr**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **John Keeling Baker**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **John Polk Talbot**
                                          Mitchell, Williams, Selig, Gates & Woodyard PLLC
                                          425 West Capitol Avenue, Suite 1800
                                          Little Rock, AR 72201
                                          870-938-6255
                                          Fax: 870-938-6276
                                          Email: jtalbot@mwlaw.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Lindsey Titus Levy**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Patrick A. Harvey**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**
**Express Scripts Administrators LLC**          represented by  **Jason S. Scherr**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **John Keeling Baker**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Lindsey Titus Levy**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Patrick A. Harvey**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**
**ESI Mail Pharmacy Service Inc**              represented by  **Jason S. Scherr**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **John Keeling Baker**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Polk Talbot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Titus Levy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Harvey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Express Scripts Pharmacy Inc**          represented by    **Jason S. Scherr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Keeling Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Polk Talbot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Titus Levy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Harvey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MedCo Health Solutions Inc**          represented by    **Jason S. Scherr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Keeling Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Titus Levy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Harvey**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Health Corporation**                    represented by **Adam Joshua Podoll**
Williams & Connolly LLP
The Wharf DC
680 Maine Avenue SW
Washington, DC 20024
202-434-5092
Email: apodoll@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
Williams & Connolly LLP
The Wharf DC
680 Maine Avenue SW
Washington, DC 20024
202-434-5636
Email: agazikas@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Atticus William DeProspo**
Williams & Connolly LLP
The Wharf DC
680 Maine Avenue SW
Washington, DC 20024
845-480-2847
Email: adeprospo@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Darren Singer**
Williams & Connolly LLP
The Wharf DC
680 Maine Avenue SW
Washington, DC 20024
202-434-5000
Email: csinger@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M. Dockery**
Williams & Connolly LLP
The Wharf DC
680 Maine Avenue SW
Washington, DC 20024
202-434-5698
Email: ddockery@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
Williams & Connolly LLP
The Wharf DC
680 Maine Avenue SW
Washington, DC 20024
202-434-5420
Email: emainigi@wc.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Carter Fairley**
Barber Law Firm PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, AR 72201
501-372-6175
Fax: 501-375-2802
Email: cfairley@barberlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
Williams & Connolly LLP
The Wharf DC
680 Maine Avenue SW
Washington, DC 20024
202-434-5699
Email: kpoteat@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Reece Owens**
Barber Law Firm PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, AR 72201
501-372-6175
Fax: 501-375-2802
Email: rowens@barberlawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Pharmacy Inc**                    represented by **Adam Joshua Podoll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Atticus William DeProspo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Darren Singer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M. Dockery**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Carter Fairley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Reece Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caremark Rx LLC**                    represented by    **Adam Joshua Podoll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Atticus William DeProspo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Darren Singer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M. Dockery**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Carter Fairley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Reece Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caremark PCS Health LLC**                    represented by **Adam Joshua Podoll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Atticus William DeProspo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Darren Singer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M. Dockery**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Carter Fairley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Reece Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caremark LLC**                    represented by **Adam Joshua Podoll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Atticus William DeProspo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Darren Singer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M. Dockery**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Carter Fairley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Reece Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UnitedHealth Group Inc**                  represented by **Brian D. Boone**
*TERMINATED: 05/11/2023*                                   Alston & Bird LLP
                                                          101 South Tryon Street
                                                          Suite 4000
                                                          Charlotte, NC 28280
                                                          704-444-1000
                                                          Fax: 704-444-1111
                                                          Email: brian.boone@alston.com
                                                          *TERMINATED: 05/11/2023*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David Andrew Hatchett**
                                                          Alston & Bird LLP
                                                          One Atlantic Center
                                                          1201 West Peachtree Street
                                                          Suite 4900
                                                          Atlanta, GA 30306
                                                          404-881-7000
                                                          Email: andrew.hatchett@alston.com
                                                          *TERMINATED: 05/11/2023*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Elizabeth Broadway Brown**
                                                          Alston & Bird LLP
                                                          One Atlantic Center
                                                          1201 West Peachtree Street
                                                          Suite 4900
                                                          Atlanta, GA 30306
                                                          404-881-4688
                                                          Fax: 404-253-8400

Email: liz.brown@alston.com
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jean Richmann**
Alston & Bird LLP
560 Mission Street
Suite 2100
San Francisco, CA 94105
231-357-4737
Email: jean.richmann@alston.com
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelley Connolly Barnaby**
Alston & Bird LLP
950 F Street NW
Washington, DC 20004
202-239-3687
Fax: 202-654-4887
Email: kelley.barnaby@alston.com
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Baxter D. Drennon**
Hall Booth Smith PC
200 River Market Avenue, Suite 500
Little Rock, AR 72201
501-265-9927
Fax: 501-604-5566
Email: bdrennon@hallboothsmith.com
*TERMINATED: 05/11/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Optum Inc**
*TERMINATED: 05/11/2023*

represented by **Brian D. Boone**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Hatchett**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Broadway Brown**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jean Richmann**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelley Connolly Barnaby**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Baxter D. Drennon**
(See above for address)
*TERMINATED: 05/11/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OptumRx Inc**             represented by   **Brian D. Boone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Hatchett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Broadway Brown**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jean Richmann**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelley Connolly Barnaby**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Baxter D. Drennon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OptumRx Holdings LLC**
*TERMINATED: 05/11/2023*      represented by   **Brian D. Boone**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Hatchett**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Broadway Brown**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jean Richmann**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelley Connolly Barnaby**
(See above for address)
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Baxter D. Drennon**
(See above for address)
*TERMINATED: 05/11/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Optuminsight Inc**                    represented by **Brian D. Boone**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Hatchett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Broadway Brown**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jean Richmann**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelley Connolly Barnaby**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Baxter D. Drennon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2022 | 1 | NOTICE OF REMOVAL by ESI Mail Pharmacy Service Inc, Express Scripts Inc, Express Scripts Pharmacy Inc from Pulaski County Circuit Court, case number 60CV-22-02976. Fee $402 receipt number LIT087106. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(cmn) (Entered: 06/10/2022) |
| 06/10/2022 | 2 | COMPLAINT with Jury Demand against All Defendants filed by Leslie Rutledge.(cmn) (Entered: 06/10/2022) |
| 06/10/2022 | 3 | *Defendants'* ANSWER to 2 Complaint by ESI Mail Pharmacy Service Inc, Express Scripts Inc, Express Scripts Pharmacy Inc.(Baker, John) (Entered: 06/10/2022) |
| 06/13/2022 | 4 | NOTICE by Caremark PCS Health LLC re 1 Notice of Removal, *(Supplemental Notice of Removal)* (Attachments: # 1 Exhibit A to Supplemental Notice of Removal, # 2 Exhibit B to Supplemental Notice of Removal)(Fairley, John) (Docket |

| | | |
|---|---|---|
| | | text modified on 6/15/2022 to correct the party filer) (jak) (Entered: 06/13/2022) |
| 06/13/2022 | 5 | Unopposed MOTION for Extension of Time to File Answer *(Joint Motion)* by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Fairley, John) (Entered: 06/13/2022) |
| 06/13/2022 | 6 | NOTICE of Appearance by John Carter Fairley on behalf of CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Fairley, John) (Entered: 06/13/2022) |
| 06/13/2022 | 7 | NOTICE of Appearance by Daniel Reece Owens on behalf of CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Entered: 06/13/2022) |
| 06/13/2022 | 8 | Deficiency Letter from Clerk of Court re 1 Notice of Removal notifying party that a Corporate Disclosure Statement was not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1). (cmn) (Entered: 06/13/2022) |
| 06/14/2022 | 9 | Deficiency Letter from Clerk of Court re 5 Motion notifying party that a Corporate Disclosure Statement was not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1). (cmn) (Entered: 06/14/2022) |
| 06/14/2022 | 10 | Corporate Disclosure Statement (Rule 7.1) by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Fairley, John) (Entered: 06/14/2022) |
| 06/14/2022 | 11 | Corporate Disclosure Statement (Rule 7.1) by ESI Mail Pmacracy Service Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc (Baker, John) (Entered: 06/14/2022) |
| 06/15/2022 | | NOTICE OF DOCKET CORRECTION re 4 Notice. CORRECTION: The docket text was modified to correct the party filer as Caremark PCS Health LLC as marked on the document. (jak) (Entered: 06/15/2022) |
| 06/15/2022 | 12 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 5 Motion for Extension of Time to Answer All Defendants. Defendants have until Monday, August 8, 2022, to answer or otherwise respond to the complaint. Signed by Judge James M. Moody Jr. on 6/15/22. (dpb) (Entered: 06/15/2022) |
| 06/30/2022 | 13 | NOTICE of Appearance by Gordon S. Rather, Jr on behalf of Novo Nordisk Inc (Rather, Gordon) (Entered: 06/30/2022) |
| 06/30/2022 | 14 | NOTICE of Appearance by Scott Andrew Irby on behalf of Novo Nordisk Inc (Irby, Scott) (Entered: 06/30/2022) |
| 06/30/2022 | 15 | NOTICE of Appearance by Jessica Pruitt Koehler on behalf of Novo Nordisk Inc (Koehler, Jessica) (Entered: 06/30/2022) |
| 06/30/2022 | 16 | Corporate Disclosure Statement (Rule 7.1) by Novo Nordisk Inc (Koehler, Jessica) (Entered: 06/30/2022) |
| 07/05/2022 | 17 | NOTICE of Appearance by Tanya Dearman Ellis on behalf of Leslie Rutledge (Ellis, Tanya) (Entered: 07/05/2022) |
| 07/05/2022 | 18 | NOTICE of Appearance by Edwin S Gault, Jr on behalf of Leslie Rutledge (Gault, Edwin) (Entered: 07/05/2022) |
| 07/05/2022 | 19 | NOTICE of Appearance by Walter Garner Watkins, III on behalf of Leslie Rutledge (Watkins, Walter) (Entered: 07/05/2022) |
| 07/07/2022 | 20 | NOTICE of Appearance by Baxter D. Drennon on behalf of Optum Inc, OptumRx Holdings LLC, OptumRx, Inc, Optuminsight Inc, UnitedHealth Group Inc (Drennon, Baxter) (Entered: 07/07/2022) |
| 07/07/2022 | 21 | Corporate Disclosure Statement (Rule 7.1) by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc (Drennon, Baxter) (Entered: 07/07/2022) |
| 07/08/2022 | 22 | MOTION for Leave to Appear pro hac vice by Jason R. Scherr. Fee $100 receipt number AAREDC-4302148. Filed by ESI Mail Pmacracy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc (Attachments: # 1 Exhibit 1)(Baker, John) (Entered: 07/08/2022) |
| 07/08/2022 | 23 | MOTION for Leave to Appear pro hac vice by Patrick A. Harvey. Fee $100 receipt number AAREDC-4302227. Filed by ESI Mail Pmacracy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc (Attachments: # 1 Exhibit 1)(Baker, John) (Entered: 07/08/2022) |
| 07/08/2022 | 24 | MOTION for Leave to Appear pro hac vice by Dan Dockery. Fee $100 receipt number AAREDC-4302313. Filed by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Entered: 07/08/2022) |
| 07/08/2022 | 25 | MOTION for Leave to Appear pro hac vice by Enu Mainigi. Fee $100 receipt number AAREDC-4302362. Filed by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Entered: 07/08/2022) |
| 07/08/2022 | 26 | MOTION for Leave to Appear pro hac vice by Kennon Poteat. Fee $100 receipt number AAREDC-4302364. Filed by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Entered: 07/08/2022) |
| 07/08/2022 | 27 | MOTION for Leave to Appear pro hac vice by Atticus DeProspo. Fee $100 receipt number AAREDC-4302367. Filed by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Entered: 07/08/2022) |
| 07/08/2022 | 28 | MOTION for Leave to Appear pro hac vice by Craig Singer. Fee $100 receipt number AAREDC-4302373. Filed by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit A Court Admissions)(Owens, Daniel) (Entered: 07/08/2022) |
| 07/08/2022 | 29 | ORDER granting 22 , 23 motions to admit counsel pro hac vice. Jason S. Scherr and Patrick A. Harvey are hereby admitted to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 7/8/2022. (jbh) (Entered: 07/08/2022) |
| 07/08/2022 | 30 | ORDER granting 24 , 25 , 26 , 27 , 28 motions to admit counsel pro hac vice. Dan Dockery, Enu Mainigi, Kennon Poteat, Atticus DeProspo and Craig Singer are hereby admitted to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 7/8/2022. (jbh) (Entered: 07/08/2022) |
| 07/11/2022 | 31 | NOTICE of Appearance by Atticus William DeProspo on behalf of CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Docket text modified on 7/14/2022 to correct the attorney entering appearance) (jak) (Entered: 07/11/2022) |
| 07/11/2022 | 32 | NOTICE of Appearance by Craig Singer on behalf of CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Docket text modified on 7/14/2022 to correct the attorney entering appearance) (jak) (Entered: 07/11/2022) |
| 07/11/2022 | 33 | NOTICE of Appearance by Enu Mainigi on behalf of CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Docket text modified on 7/14/2022 to correct the attorney entering appearance)(jak) (Entered: 07/11/2022) |
| 07/11/2022 | 34 | NOTICE of Appearance by R. Kennon Poteat, III on behalf of CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Docket text modified on 7/14/2022 to correct the attorney entering appearance) (jak) (Entered: 07/11/2022) |
| 07/11/2022 | 35 | NOTICE of Appearance by Daniel Dockery on behalf of CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Docket text modified on 7/14/2022 to correct the attorney entering appearance) (jak) (Entered: 07/11/2022) |
| 07/11/2022 | 36 | Mail Returned Undeliverable as to Kimberly Renteria re 29 Order, 30 Order. (fjg) (Entered: 07/11/2022) |
| 07/12/2022 | 37 | NOTICE of Appearance by Jason S. Scherr on behalf of ESI Mail Pharmacy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc (Scherr, Jason) (Entered: 07/12/2022) |
| 07/12/2022 | 38 | NOTICE of Appearance by Patrick A. Harvey on behalf of ESI Mail Pharmacy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc (Harvey, Patrick) (Entered: 07/12/2022) |
| 07/14/2022 | | NOTICE OF DOCKET CORRECTION re 31 , 32 , 33 , 34 , and 35 Notice of Appearance. CORRECTION: The docket texts were modified to correct the attorneys entering appearance as Atticus William DeProspo, Craig Singer, Enu Mainigi, R. Kennon Poteat III, and Daniel Dockery as marked on the documents.(jak) (Entered: 07/14/2022) |
| 07/14/2022 | 39 | MOTION for Leave to Appear pro hac vice by Neal A. Potischman. Fee $100 receipt number AAREDC-4307120. Filed by Novo Nordisk Inc (Attachments: # 1 Exhibit A)(Koehler, Jessica) (Entered: 07/14/2022) |
| 07/14/2022 | 40 | MOTION for Leave to Appear pro hac vice by James P. Rouhandeh. Fee $100 receipt number AAREDC-4307141. Filed by Novo Nordisk Inc (Attachments: # 1 Exhibit A)(Koehler, Jessica) (Entered: 07/14/2022) |
| 07/14/2022 | 41 | MOTION for Leave to Appear pro hac vice by Andrew Yaphe. Fee $100 receipt number AAREDC-4307149. Filed by Novo Nordisk Inc (Attachments: # 1 Exhibit A)(Koehler, Jessica) (Entered: 07/14/2022) |
| 07/18/2022 | 42 | ORDER granting 39 , 40 , and 41 Motions to Appear Pro Hac Vice on behalf of separate Defendant Novo Nordisk, Inc.; and admitting Neal A. Potischman, James P. Rouhandeh, and Andrew Yaphe to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 07/18/2022. (llg) (Entered: 07/18/2022) |
| 07/19/2022 | 43 | NOTICE of Appearance by Lyn Peeples Pruitt on behalf of Sanofi-Aventis US LLC (Pruitt, Lyn) (Entered: 07/19/2022) |
| 07/19/2022 | 44 | Corporate Disclosure Statement (Rule 7.1) by Sanofi-Aventis US LLC (Pruitt, Lyn) (Entered: 07/19/2022) |
| 07/20/2022 | 45 | MOTION for Leave to Appear pro hac vice by Theresa C. Martin. Fee $100 receipt number AAREDC-4311163. Filed by Sanofi-Aventis US LLC (Pruitt, Lyn) (Entered: 07/20/2022) |
| 07/20/2022 | 46 | NOTICE of Appearance by Kimberly Renteria on behalf of All Plaintiffs (Renteria, Kimberly) (Entered: 07/20/2022) |
| 07/21/2022 | 47 | AMENDED DOCUMENT by Leslie Rutledge. Amendment to 46 Notice of Appearance Kimberly DuVall Renteria (Renteria, Kimberly) (Entered: 07/21/2022) |
| 07/22/2022 | 48 | ORDER granting 45 motion to admit counsel pro hac vice on behalf of Separate Defendant Sanofi-Aventis U.S. LLC; and admitting Theresa C. Martin to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 07/22/2022. (llg) (Entered: 07/22/2022) |
| 07/25/2022 | 49 | MOTION for Leave to Appear pro hac vice by William D. Coglianese. Fee $100 receipt number AAREDC-4313962. Filed by Sanofi-Aventis US LLC (Pruitt, Lyn) (Entered: 07/25/2022) |
| 07/26/2022 | 50 | MOTION to Substitute Attorney 's Firm by Leslie Rutledge (Rogers, Gary) (Entered: 07/26/2022) |

| 07/26/2022 | 51 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 50 Motion to Substitute Attorney's law firm. Signed by Judge James M. Moody Jr. on 7/26/2022. (amr) (Entered: 07/26/2022) |
| 07/26/2022 | 52 | ORDER granting 49 motion to admit counsel pro hac vice on behalf of Separate Defendant Sanofi-Aventis U.S. LLC; and admitting William D. Coglianese to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 07/26/2022. (llg) (Entered: 07/26/2022) |
| 07/27/2022 | 53 | INITIAL SCHEDULING ORDER:Rule 26(f) Conference to occur by 9/19/2022; Rule 26(f) Report due by 10/3/2022. Proposed Jury Trial set sometime during the week of 3/25/2024 at 9:15 AM in Little Rock Courtroom # 4A before Judge James M. Moody Jr. Signed at the Direction of the Court on 7/27/2022. (Attachments: # 1 Proposed Final Scheduling Order)(kog) (Entered: 07/27/2022) |
| 08/04/2022 | 54 | Joint MOTION for Extension of Time to File Answer re 2 Complaint by All Defendants (Fairley, John) (Entered: 08/04/2022) |
| 08/04/2022 | 55 | Unopposed MOTION for Leave to File *Amended Complaint* by Leslie Rutledge (Attachments: # 1 Exhibit 1 - First Amended Complaint, # 2 Exhibit 2 - Redlines)(Rogers, Gary) (Entered: 08/04/2022) |
| 08/05/2022 | 56 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 55 Motion for Leave to File Amended Complaint; granting 54 Motion for Extension of Time to Answer as to All Defendants. Plaintiff is directed to file the Amended Complaint before 5:00 pm on 8/9/2022. Responses are due forty-five (45) days later. Signed by Judge James M. Moody Jr. on 8/5/2022. (sjh) (Entered: 08/05/2022) |
| 08/08/2022 | 57 | FIRST AMENDED COMPLAINT with Jury Demand against All Defendants, filed by Leslie Rutledge.(Rogers, Gary) (Docket text modified on 8/8/2022 to correct description.)(cmn) (Entered: 08/08/2022) |
| 08/08/2022 |  | NOTICE OF DOCKET CORRECTION re 57 Amended Complaint. CORRECTION: The docket text was modified to correct the description as, "FIRST AMENDED COMPLAINT with Jury Demand against All Defendants, filed by Leslie Rutledge" as indicated by the document. (cmn) (Entered: 08/08/2022) |
| 08/10/2022 | 58 | Joint MOTION to Set Agreed Deadlines related to responsive pleadings to 57 First Amended Complaint by All Defendants (Fairley, John) (Docket text modified on 8/10/2022 to correct the description of the document filed) (jak) (Entered: 08/10/2022) |
| 08/10/2022 |  | NOTICE OF DOCKET CORRECTION re 58 Motion to Set Aside. CORRECTION: The docket text was modified to correct the description of the document filed as "Joint MOTION to Set Agreed Deadlines related to responsive pleadings to 57 First Amended Complaint by All Defendants" as marked on the document. (jak) (Entered: 08/10/2022) |
| 08/11/2022 | 59 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 58 Motion for Order setting deadlines related to any responsive pleadings filed in response to Plaintiff's first amended complaint. As previously ordered, Defendants will have up to and including September 22, 2022 to file any responsive pleadings to Plaintiff's first amended complaint. Plaintiff will then have 30 days to file its response and Defendants will have 21 days to file a reply. Signed by Judge James M. Moody Jr. on 8/11/2022. (amr) (Entered: 08/11/2022) |
| 08/15/2022 | 60 | NOTICE of Appearance by William Liston, III on behalf of Leslie Rutledge (Liston, William) (Additional attachment(s) added on 8/16/2022: # 1 Main Document - Correct (submitted 8/16/2022)) (jak). (Entered: 08/15/2022) |
| 08/15/2022 | 61 | NOTICE of Appearance by William Lawrence Deas on behalf of Leslie Rutledge (Deas, William) Additional attachment added on 8/15/2022: # 1 Main Document - Correct. (kbc) (Entered: 08/15/2022) |
| 08/15/2022 | 62 | NOTICE of Appearance by Matthew C. McDonald on behalf of Leslie Rutledge (McDonald, Matthew) Additional attachment added on 8/15/2022: # 1 Main Document - Correct. (kbc) (Entered: 08/15/2022) |
| 08/15/2022 | 63 | NOTICE OF DOCKET CORRECTION re 61 and 62 Notices of Appearance. CORRECTION: The original documents were submitted in error (wrong image files). The correct documents were added to 61 and 62 based on the attached correspondence. (kbc) (Entered: 08/15/2022) |
| 08/16/2022 | 64 | NOTICE of Appearance by Joanne Cicala on behalf of Leslie Rutledge (Cicala, Joanne) (Additional attachment(s) added on 8/19/2022: # 1 Main Document - Correct (submitted 8/19/2022)) (jak). (Entered: 08/16/2022) |
| 08/16/2022 | 65 | NOTICE of Appearance by Josh T. Wackerly on behalf of Leslie Rutledge (Wackerly, Josh) (Additional attachment(s) added on 8/19/2022: # 1 Main Document - Correct (submitted 8/19/2022)) (jak). (Entered: 08/16/2022) |
| 08/16/2022 | 66 | NOTICE OF DOCKET CORRECTION re 60 Notice of Appearance. CORRECTION: The original document was submitted in error (editable image file). The correct document was added to docket entry 60 based on the attached correspondence. (jak) (Entered: 08/16/2022) |
| 08/19/2022 | 67 | NOTICE OF DOCKET CORRECTION re 64 and 65 Notice of Appearance. CORRECTION: The original filings were submitted in error (editable image file format). The correct documents were added to docket entries 64 and 65 based on the attached correspondence. (Attachments: # 1 Docket Entry 65 - Correct)(jak) (Entered: 08/19/2022) |
| 09/14/2022 | 68 | NOTICE of Appearance by Brittany S. Ford on behalf of Eli Lilly and Company (Ford, Brittany) (Entered: 09/14/2022) |
| 09/14/2022 | 69 | NOTICE of Appearance by Steven W. Quattlebaum on behalf of Eli Lilly and Company (Quattlebaum, Steven) (Entered: 09/14/2022) |

| 09/14/2022 | 70 | MOTION for Leave to Appear pro hac vice by James F. Hurst. Fee $100 receipt number AAREDC-4349229. Filed by Eli Lilly and Company (Quattlebaum, Steven) (Entered: 09/14/2022) |
| 09/14/2022 | 71 | MOTION for Leave to Appear pro hac vice by Andrew A. Kassof. Fee $100 receipt number AAREDC-4349235. Filed by Eli Lilly and Company (Quattlebaum, Steven) (Entered: 09/14/2022) |
| 09/14/2022 | 72 | MOTION for Leave to Appear pro hac vice by Ryan Moorman. Fee $100 receipt number AAREDC-4349240. Filed by Eli Lilly and Company (Quattlebaum, Steven) (Entered: 09/14/2022) |
| 09/14/2022 | 73 | MOTION for Leave to Appear pro hac vice by Diana M. Watral. Fee $100 receipt number AAREDC-4349242. Filed by Eli Lilly and Company (Quattlebaum, Steven) (Entered: 09/14/2022) |
| 09/14/2022 | 74 | MOTION for Leave to Appear pro hac vice by Brian D. Boone. Fee $100 receipt number AAREDC-4349501. Filed by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc (Drennon, Baxter) (Entered: 09/14/2022) |
| 09/14/2022 | 75 | MOTION for Leave to Appear pro hac vice by Elizabeth B. Brown. Fee $100 receipt number AAREDC-4349529. Filed by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc (Drennon, Baxter) (Entered: 09/14/2022) |
| 09/14/2022 | 76 | MOTION for Leave to Appear pro hac vice by Andrew D. Hatchett. Fee $100 receipt number BAREDC-4349532. Filed by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc (Drennon, Baxter) (Entered: 09/14/2022) |
| 09/14/2022 | 77 | MOTION for Leave to Appear pro hac vice by Jean E. Richmann. Fee $100 receipt number AAREDC-4349546. Filed by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc (Drennon, Baxter) (Entered: 09/14/2022) |
| 09/15/2022 | 78 | Unopposed MOTION to Extend Time by Novo Nordisk Inc (Koehler, Jessica) (Entered: 09/15/2022) |
| 09/15/2022 | 79 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 78 Motion to Extend Time. The deadline to conduct the Rule 26(f) conference is extended to December 12, 2022, the deadline to file the Rule 26(f) report is extended to December 26, 2022. Signed by Judge James M. Moody Jr. on 9/15/2022. (amr) (Entered: 09/15/2022) |
| 09/19/2022 | 80 | ORDER granting 70 , 71 , 72 , and 73 motions to admit counsel pro hac vice on behalf of defendant Eli Lilly and Company; and admitting James F. Hurst, Andrew Kassof, Ryan Moorman, and Diana M. Watral to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 09/19/2022. (llg) Docket text modified on 9/19/2022 to correct typographical error. (kbc) (Entered: 09/19/2022) |
| 09/19/2022 | 81 | ORDER granting 74 , 75 , 76 , and 77 motions to admit counsel pro hac vice on behalf of defendant UnitedHealth Group Incorporated, Optum, Inc., OptumRx, Inc., OptumRx Holdings, LLC, and OptumInsight, Inc; and admitting Brian D. Boone, Elizabeth Brough Brown, Andrew Hatchett, and Jean Richmann to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 09/19/2022. (llg) (Entered: 09/19/2022) |
| 09/22/2022 | 82 | Corporate Disclosure Statement (Rule 7.1) by Eli Lilly and Company (Ford, Brittany) (Entered: 09/22/2022) |
| 09/22/2022 | 83 | MOTION to Dismiss for Lack of Jurisdiction by Evernorth, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM () by ESI Mail Pharmacy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc (Scherr, Jason) (Entered: 09/22/2022) |
| 09/22/2022 | 84 | BRIEF IN SUPPORT re 83 Motion to Dismiss/Lack of Jurisdiction,, Motion to Dismiss for Failure to State a Claim, filed by ESI Mail Pharmacy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc. (Attachments: # 1 Exhibit A - Mississippi v. Eli Lilly et al. Order)(Scherr, Jason) (Entered: 09/22/2022) |
| 09/22/2022 | 85 | Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Eli Lilly and Company (Attachments: # 1 Exhibit A)(Ford, Brittany) (Entered: 09/22/2022) |
| 09/22/2022 | 86 | MOTION to Dismiss by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc (Drennon, Baxter) (Entered: 09/22/2022) |
| 09/22/2022 | 87 | BRIEF IN SUPPORT re 85 Motion to Dismiss for Failure to State a Claim filed by Eli Lilly and Company. (Ford, Brittany) (Entered: 09/22/2022) |
| 09/22/2022 | 88 | BRIEF IN SUPPORT re 86 Motion to Dismiss filed by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc. (Drennon, Baxter) (Entered: 09/22/2022) |
| 09/22/2022 | 89 | BRIEF IN SUPPORT re 88 Brief in Support, 86 Motion to Dismiss by PBM Defendants filed by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc. (Drennon, Baxter) (Entered: 09/22/2022) |
| 09/22/2022 | 90 | MOTION to Dismiss for Lack of Jurisdiction by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Attachments: # 1 Affidavit Thomas Moffatt)(Fairley, John) (Entered: 09/22/2022) |
| 09/22/2022 | 91 | BRIEF IN SUPPORT re 90 Motion to Dismiss/Lack of Jurisdiction filed by CVS Health Corporation. (Fairley, John) (Entered: 09/22/2022) |

| | | |
|---|---|---|
| 10/21/2022 | 92 | NOTICE of Voluntary Dismissal as to Optum Inc. by Leslie Rutledge (Ellis, Tanya) (Docket text modified on 10/24/2022 to include defendant name) (jak) (Entered: 10/21/2022) |
| 10/21/2022 | 93 | NOTICE of Voluntary Dismissal as to OptumRX Holdings, LLC by Leslie Rutledge (Ellis, Tanya) (Docket text modified on 10/24/2022 to include the defendant name) (jak) (Entered: 10/21/2022) |
| 10/21/2022 | 94 | NOTICE of Voluntary Dismissal as to UnitedHealth Group Inc. by Leslie Rutledge (Ellis, Tanya) (Docket text modified on 10/24/2022 to include the defendant name) (jak) (Entered: 10/21/2022) |
| 10/24/2022 | | NOTICE OF DOCKET CORRECTION re 92 , 93 , and 94 Notice of Voluntary Dismissal. CORRECTION: The docket texts were modified to include the defendant names as marked on the documents. (jak) (Entered: 10/24/2022) |
| 10/24/2022 | 95 | RESPONSE in Opposition re 83 MOTION to Dismiss for Lack of Jurisdiction *by Evernorth* MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Leslie Rutledge. (Ellis, Tanya) (Entered: 10/24/2022) |
| 10/24/2022 | 96 | BRIEF IN SUPPORT re 95 Response in Opposition to Motion *to Dismiss* filed by Leslie Rutledge. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ellis, Tanya) (Entered: 10/24/2022) |
| 10/24/2022 | 97 | RESPONSE in Opposition re 86 MOTION to Dismiss filed by Leslie Rutledge. (Ellis, Tanya) (Entered: 10/24/2022) |
| 10/24/2022 | 98 | BRIEF IN SUPPORT re 97 Response in Opposition to Motion *to Dismiss* filed by Leslie Rutledge. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ellis, Tanya) (Entered: 10/24/2022) |
| 10/24/2022 | 99 | RESPONSE in Opposition re 90 MOTION to Dismiss for Lack of Jurisdiction filed by Leslie Rutledge. (Ellis, Tanya) (Entered: 10/24/2022) |
| 10/24/2022 | 100 | BRIEF IN SUPPORT re 99 Response in Opposition to Motion *to Dismiss* filed by Leslie Rutledge. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Ellis, Tanya) (Entered: 10/24/2022) |
| 10/24/2022 | 101 | RESPONSE in Opposition re 85 Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Leslie Rutledge. (Ellis, Tanya) (Entered: 10/24/2022) |
| 10/24/2022 | 102 | BRIEF IN SUPPORT re 101 Response in Opposition to Motion *to Dismiss* filed by Leslie Rutledge. (Attachments: # 1 Exhibit A)(Ellis, Tanya) (Entered: 10/24/2022) |
| 10/24/2022 | 103 | RESPONSE in Opposition re 83 MOTION to Dismiss for Lack of Jurisdiction *by Evernorth* MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 90 MOTION to Dismiss for Lack of Jurisdiction , 86 MOTION to Dismiss filed by Leslie Rutledge. (Wackerly, Josh) (Entered: 10/24/2022) |
| 10/24/2022 | 104 | BRIEF IN SUPPORT re 103 Response in Opposition to Motion, *to Dismiss* filed by Leslie Rutledge. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Wackerly, Josh) (Entered: 10/24/2022) |
| 11/14/2022 | 105 | REPLY to Response to Motion re 86 MOTION to Dismiss filed by Optuminsight Inc. (Attachments: # 1 Exhibit 2022-08-15 Order Granting Optum, Inc and UHG 12(b)(2) Motion to Dismiss)(Drennon, Baxter) (Entered: 11/14/2022) |
| 11/14/2022 | 106 | REPLY to Response to Motion re 83 MOTION to Dismiss for Lack of Jurisdiction *by Evernorth* MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Evernorth Health Inc. (Scherr, Jason) (Entered: 11/14/2022) |
| 11/14/2022 | 107 | REPLY to Response to Motion re 90 MOTION to Dismiss for Lack of Jurisdiction filed by CVS Health Corporation. (Attachments: # 1 Exhibit A)(Fairley, John) (Entered: 11/14/2022) |
| 11/14/2022 | 108 | RESPONSE in Support re 85 Joint MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *(Joint)* filed by Eli Lilly and Company. (Ford, Brittany) (Entered: 11/14/2022) |
| 11/14/2022 | 109 | REPLY to Response to Motion re 83 Motion to Dismiss, 86 Motion to Dismiss, 89 Brief, and 90 MOTION to Dismiss filed by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC, ESI Mail Pharmacy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc, OptumRx Inc, Optuminsight Inc (Fairley, John)(Docket text modified on 11/15/2022 to correct the party filers and linkage)(jak) (Entered: 11/14/2022) |
| 11/15/2022 | | NOTICE OF DOCKET CORRECTION re 109 Reply to Response to Motion. CORRECTION: The docket text was modified to correct the linkage to 83 , 86 , 90 Motions to Dismiss and 89 Brief and to correct the party filers as CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC, ESI Mail Pharmacy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc, OptumRx Inc, Optuminsight Inc pursuant to instruction from the filing attorney. (jak) (Entered: 11/15/2022) |
| 12/20/2022 | 110 | Joint MOTION for Extension of Time to File *Agreed Motion for Two-Week Extension to File Rule 26(f) Report and to Submit Initial Disclosures* by Sanofi-Aventis US LLC (Pruitt, Lyn) (Entered: 12/20/2022) |
| 12/20/2022 | 111 | MOTION for Leave to Appear pro hac vice by A. Joshua Podoll. Fee $100 receipt number AAREDC-4418602. Filed by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Entered: 12/20/2022) |
| 12/21/2022 | 112 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 110 Motion for Extension of Time to File. The deadline to file the parties Rule 26(f) report is extended to January 9, 2023. The parties |

| | | will have an additional two weeks from the date of entry of the Court's Scheduling Order to submit initial disclosures. Signed by Judge James M. Moody Jr. on 12/21/2022. (amr) (Entered: 12/21/2022) |
|---|---|---|
| 12/21/2022 | 113 | ORDER granting 111 Motion to Appear Pro Hac Vice. A. Joshua Podoll is hereby admitted to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 12/21/2022. (ldb) (Entered: 12/21/2022) |
| 12/21/2022 | 114 | MOTION for Leave to Appear pro hac vice by Shirlethia V. Franklin. Fee $100 receipt number AAREDC-4419184. Filed by Sanofi-Aventis US LLC (Pruitt, Lyn) (Entered: 12/21/2022) |
| 12/22/2022 | 115 | MOTION for Leave to Appear pro hac vice by Alexander Gazikas. Fee $100 receipt number AAREDC-4419872. Filed by CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Owens, Daniel) (Additional attachment(s) added on 12/22/2022: # 1 Main Document - Correct (submitted 12/22/2022)) (jak). (Entered: 12/22/2022) |
| 12/22/2022 | | NOTICE OF DOCKET CORRECTION re 115 MOTION for Leave to Appear pro hac vice. CORRECTION: The original document was submitted in error (wrong image file). The correct document was added to docket entry 115 based on the attached correspondence. (jak) (Entered: 12/22/2022) |
| 12/27/2022 | 116 | ORDER granting 114 motion to admit counsel pro hac vice on behalf of separate Defendant, Sanofi-Aventis U.S., LLC; and admitting Shirlethia V. Franklin to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 12/27/2022. (llg) (Entered: 12/27/2022) |
| 12/27/2022 | 117 | ORDER granting 115 motion to admit counsel pro hac vice on behalf of separate Defendants, CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., Caremark PCS Health, L.L.C., and Caremark, L.L.C.; and admitting Alexander Gazikas to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 12/27/2022. (llg) (Entered: 12/27/2022) |
| 01/05/2023 | 118 | NOTICE of Appearance by Alexander Gazikas on behalf of CVS Health Corporation, CVS Pharmacy Inc, Caremark LLC, Caremark PCS Health LLC, Caremark Rx LLC (Gazikas, Alexander) (Entered: 01/05/2023) |
| 01/06/2023 | 119 | MOTION to Withdraw as Attorney by All Plaintiffs (Land, Amanda) (Entered: 01/06/2023) |
| 01/06/2023 | 120 | MOTION to Withdraw as Attorney *Shannon Halijan* by Leslie Rutledge (Halijan, Shannon) (Entered: 01/06/2023) |
| 01/09/2023 | 121 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 119 Motion to Withdraw as Attorney. Attorney Amanda Denise Land terminated. Signed by Judge James M. Moody Jr. on 1/9/2023. (amr) (Entered: 01/09/2023) |
| 01/09/2023 | 122 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 120 Motion to Withdraw as Attorney. Attorney Shannon L. Halijan terminated. Signed by Judge James M. Moody Jr. on 1/9/2023. (amr) (Entered: 01/09/2023) |
| 01/09/2023 | 123 | REPORT of Rule 26(f) Planning Meeting by Eli Lilly and Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Moorman, Ryan) (Entered: 01/09/2023) |
| 01/10/2023 | 124 | MOTION for Leave to Appear pro hac vice by Kelley C. Barnaby. Fee $100 receipt number AAREDC-4430329. Filed by Optum Inc, OptumRx Holdings LLC, OptumRx Inc, Optuminsight Inc, UnitedHealth Group Inc (Drennon, Baxter) (Entered: 01/10/2023) |
| 01/11/2023 | 125 | ORDER granting 124 motion to admit counsel pro hac vice on behalf of separate Defendants, Optum, Inc., OptumRx, Inc., OptumRx Holdings, LLC, OptumInsight, Inc., and UnitedHealth Group Incorporated; and admitting Kelley C. Barnaby to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 01/11/2023. (llg) (Entered: 01/11/2023) |
| 01/11/2023 | 126 | FINAL SCHEDULING ORDER: Jury Trial set sometime during the week of 4/7/2025 at 9:15 AM in Little Rock Courtroom # 4A before Judge James M. Moody Jr. Discovery due by 5/15/2023; Motions due by 5/30/2024; Pretrial Disclosure Sheet due by 12/20/2024; Status Report due by 2/11/2025. Signed at the Direction of the Court on 1/11/2023. (kog) (Entered: 01/11/2023) |
| 01/23/2023 | 127 | NOTICE of Appearance by Katherine Anne Donoven on behalf of Leslie Rutledge (Donoven, Katherine) (Entered: 01/23/2023) |
| 01/24/2023 | 128 | NOTICE by Leslie Rutledge *Notice of Service of Initial Disclosures* (Donoven, Katherine) (Entered: 01/24/2023) |
| 01/25/2023 | 129 | NOTICE by Eli Lilly and Company *Notice of Service of Initial Disclosures* (Moorman, Ryan) (Entered: 01/25/2023) |
| 01/31/2023 | 130 | NOTICE by Leslie Rutledge *Service of Discovery* (Liston, William) (Entered: 01/31/2023) |
| 02/14/2023 | 131 | NOTICE by Leslie Rutledge *Service of Discovery* (Liston, William) (Entered: 02/14/2023) |
| 02/17/2023 | 132 | Corporate Disclosure Statement (Rule 7.1) by ESI Mail Pharmacy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc (Baker, John) (Entered: 02/17/2023) |
| 02/23/2023 | 133 | Joint MOTION to Amend/Correct 126 Scheduling Order, by Eli Lilly and Company (Ford, Brittany) (Entered: 02/23/2023) |

| 02/24/2023 | 134 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 133 Motion to Amend/Correct. The final scheduling order is amended to include the following deadlines: December 20, 2023 for Plaintiff's designation of expert witnesses; and February 20, 2024 for Defendants' designation of expert witnesses. Signed by Judge James M. Moody Jr. on 2/24/2023. (amr) (Entered: 02/24/2023) |
| --- | --- | --- |
| 03/10/2023 | 135 | NOTICE by Leslie Rutledge *Notice of Service of Discovery Responses to Carmark RX and CaremarkPCS* (Liston, William) (Entered: 03/10/2023) |
| 03/30/2023 | 136 | STIPULATED CONFIDENTIALITY ORDER. Signed by Judge James M. Moody Jr. on 03/30/2023. (llg) (Entered: 03/30/2023) |
| 03/30/2023 | 137 | STIPULATED PROTOCOL FOR THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND HARD COPY DOCUMENTS. Signed by Judge James M. Moody Jr. on 03/30/2023. (llg) (Entered: 03/30/2023) |
| 03/31/2023 | 138 | NOTICE by Eli Lilly and Company *Notice of Service of Objections and Responses to Discovery Requests* (Moorman, Ryan) (Entered: 03/31/2023) |
| 04/03/2023 | 139 | MOTION for Leave to Appear pro hac vice by Lindsey Titus Levy. Fee $100 receipt number AAREDC-4490585. Filed by ESI Mail Pharmacy Service Inc, Evernorth Health Inc, Express Scripts Administrators LLC, Express Scripts Inc, Express Scripts Pharmacy Inc, MedCo Health Solutions Inc (Attachments: # 1 Exhibit)(Baker, John) (Entered: 04/03/2023) |
| 04/05/2023 | 140 | ORDER granting 139 motion to admit counsel pro hac vice on behalf of separate Defendants, Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and Medco Health Solutions, Inc.; and admitting Lindsey Titus Levy to appear before this Court as co-counsel of record in this action. Signed by Judge James M. Moody Jr. on 04/05/2023. (llg) (Entered: 04/05/2023) |
| 04/11/2023 | 141 | NOTICE to Take Deposition of Kevin Wessels by Carmark LLC, Caremark PCS Health LLC, Caremark Rx LLC. (Attachments: # 1 Exhibit 1 - Notice of Intent to Take Kevin Wessels Deposition)(Owens, Daniel) (Entered: 04/11/2023) |
| 04/12/2023 | 142 | MOTION to Withdraw as Attorney by Eli Lilly and Company (Ford, Brittany) (Entered: 04/12/2023) |
| 04/13/2023 | 143 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 142 Motion to Withdraw as Attorney. Attorney Brittany S. Ford terminated. Signed by Judge James M. Moody Jr. on 4/13/2023. (amr) (Entered: 04/13/2023) |
| 05/09/2023 | 144 | NOTICE by Leslie Rutledge *of Filing of Motion For Transfer Pursuant to 28 U.S.C. Sec. 1407* (Attachments: # 1 Exhibit JPML Motion for Transfer, # 2 Exhibit Brief in Support, # 3 Exhibit Schedule of Actions, # 4 Exhibit Oral Argument Statement, # 5 Exhibit Proof of Service, # 6 Exhibit E.D. Ark. Complaint, # 7 Exhibit N.D. Ill. Complaint, # 8 Exhibit D. Kan. Complaint, # 9 Exhibit S.D. Miss. Complaint, # 10 Exhibit D. Mont. Complaint)(Ellis, Tanya) (Entered: 05/09/2023) |
| 05/11/2023 | 145 | MOTION to Substitute Party *Pursuant to Federal Rule of Civil Procedure 25(d)* by Leslie Rutledge (Ellis, Tanya) (Entered: 05/11/2023) |
| 05/11/2023 | 146 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 145 Motion to Substitute Party. Attorney General Tim Griffin is substituted as Plaintiff in place of Former Attorney General Leslie Rutledge. Signed by Judge James M. Moody Jr. on 5/11/2023. (amr) (Entered: 05/11/2023) |
| 05/11/2023 | 147 | ORDER dismissing Defendants Optum Inc., OptumRX Holdings, LLC and UnitedHealth Group, Inc. from this action pursuant to 92 , 93 , and 94 Notices of Voluntary Dismissal. Signed by Judge James M. Moody Jr. on 05/11/2023. (llg)<br><br>Notice: The terminated party will no longer receive filing notifications through CM/ECF. To continue receiving filing notifications, email the Clerk of Court and request reinstatement. Please refer to the *CM/ECF Administrative Policies and Procedures for Civil Filings* for information about when a terminated party must be served. (Entered: 05/11/2023) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 05/12/2023 08:23:30 | | |
| **PACER Login:** | Jackson0263 | **Client Code:** | 44915.610654 |
| **Description:** | Docket Report | **Search Criteria:** | 4:22-cv-00549-JM |
| **Billable Pages:** | 27 | **Cost:** | 2.70 |