# U.S. District Court
## District of Montana (Helena)
## CIVIL DOCKET FOR CASE #: 6:22-cv-00087-BMM

| | |
|---|---|
| The State of Montana et al v. Eli Lilly and Company et al | Date Filed: 11/14/2022 |
| Assigned to: Judge Brian Morris | Jury Demand: Both |
| Case in other court: First Judicial District Court, L & C County, BDV-22-00800 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1442 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

**The State of Montana, Ex. Rel.**             represented by   **Anna Schneider**
*Austin Knudsen, Attorney General*                              Office of Consumer Protection
                                                                Department of Justice
                                                                P.O. Box 200151
                                                                Helena, MT 59620-0151
                                                                406-444-5791
                                                                Email: anna.schneider@mt.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer Marie Studebaker**
                                                                Forman Watkins & Krutz, LLP
                                                                210 East Capitol Street
                                                                Suite 2200
                                                                Jackson, MS 39201-2375
                                                                601-973-5983
                                                                Fax: 601-960-8613
                                                                Email: jennifer.studebaker@formanwatkins.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Derek J. Oestreicher**
                                                                MONTANA ATTORNEY GENERAL
                                                                215 N Sanders
                                                                PO Box 201401
                                                                Helena, MT 59620-1401
                                                                406-444-2026
                                                                Fax: 406-444-3549
                                                                Email: derek.oestreicher@mt.gov
                                                                *TERMINATED: 03/21/2023*

                                                                **Josh T Wackerly**
                                                                The Cicala Law Firm PLLC
                                                                101 College St.
                                                                Dripping Springs, TX 78620
                                                                512-275-6550
                                                                Fax: 512-858-1801
                                                                Email: josh@cicalapllc.com
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Matthew C McDonald**
                                                                David Nutt & Associates, P.C.
                                                                605 Crescent Boulevard
                                                                Suite 200
                                                                Ridgeland, MS 39157
                                                                601-898-7302
                                                                Email: mattm@davidnutt.com
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Richard Johan Conrod , Jr**
                                                                The Cicala Law Firm PLLC
                                                                101 College St.

Dripping Springs, TX 78620
757-286-8299
Fax: 512-858-1801
Email: johan@cicalapllc.com
*ATTORNEY TO BE NOTICED*

**Tanya Dearman Ellis**
Forman Watkins & Krutz LLP
210 East Capitol Street
Suite 2200
Jackson, MS 39201
601-960-3210
Fax: 601-960-8613
Email: tanya.ellis@formanwatkins.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Lawrence Deas**
Liston & Deas PLLC
605 Crescent Blvd.
Suite 200
Ridgeland, MS 39157
662-322-3774
Fax: 601-982-0371
Email: lawrence@listondeas.com
*ATTORNEY TO BE NOTICED*

**William Liston , III**
Liston & Deas PLLC
605 Crescent Blvd
Ste 200
Ridgeland, MS 39157
601-981-1636
Fax: 601-982-0371
Email: william@listondeas.com
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

| | | |
|---|---|---|
| **Eli Lilly and Company** | represented by | **William W. Mercer** |

HOLLAND & HART - BILLINGS
401 North 31st Street
Suite 1500
Billings, MT 59101-1277
406-896-4607
Fax: 406-252-1669
Email: wwmercer@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew A Kassof**
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654
312-862-2474
Email: akassof@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diana Watral**
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
312-862-2000
Email: diana.watral@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Hurst**
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
312-862-5230
Email: james.hurst@kirkland.com
*ATTORNEY TO BE NOTICED*

**Jason Feld**
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
312-862-3759
Email: jason.feld@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D. Sullivan**
HOLLAND & HART - BILLINGS
401 North 31st Street
Suite 1500
Billings, MT 59101-1277
406-252-2166
Fax: 406-252-1669
Email: jdsullivan@hollandhart.com
*ATTORNEY TO BE NOTICED*

**Ryan Moorman**
Kirkland & Ellis LLP
300 N LaSalle
Chicago, IL 60654
312-862-2000
Email: ryan.moorman@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Novo Nordisk Inc.** represented by **Andrew Yaphe**
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
650-752-2088
Fax: 650-752-3688
Email: andrew.yaphe@davispolk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma L. Mediak**
GARLINGTON LOHN & ROBINSON, PLLP
350 Ryman Street
PO Box 7909
Missoula, MT 59807-7909
406-523-2500
Fax: 406-523-2595
Email: elmediak@garlington.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Rouhandeh**
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, NY 10017
212-450-4000
Email: james.rouhandeh@davispolk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                                 **Neal Potischman**
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
650-752-2000
Email: neal.potischman@davispolk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elijah Inabnit**
GARLINGTON LOHN & ROBINSON, PLLP
350 Ryman Street
PO Box 7909
Missoula, MT 59807-7909
406-523-2572
Fax: 406-523-2500
Email: elinabnit@garlington.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sanofi-Aventis U.S. LLC**                    represented by **Elizabeth Worth Lund**
BERG LILLY, PC
One West Main Street
Bozeman, MT 59715
406-587-3181
Fax: 406-587-3240
Email: lund@berglawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shirlethia Franklin**
Jones Day - Washington
District of Columbia
51 Louisiana Avenue, NW
Washington, DC 20001
202-879-3892
Fax: 202-626-1700
Email: sfranklin@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Coglianese**
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
202-879-3710
Email: wcoglianese@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theresa Coughlin Martin**
Jones Day - Washington
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
202-879-3617
Email: tcoughlin@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Evernorth Health**                           represented by **Chad E. Adams**
*Inc. (Formerly Express Scripts Holding Company)*    BROWNING KALECZYC BERRY & HOVEN
800 N. Last Chance Gulch
Suite 101
PO Box 1697

Helena, MT 59624-1697
406-443-6820
Fax: 406-443-6883
Email: chad@bkbh.com
*ATTORNEY TO BE NOTICED*

**J. Daniel Hoven**
BROWNING KALECZYC BERRY & HOVEN
800 N. Last Chance Gulch
Suite 101
PO Box 1697
Helena, MT 59624-1697
406-443-6820
Fax: 406-443-6882
Email: dan@bkbh.com
*ATTORNEY TO BE NOTICED*

**Jason Scherr**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-373-6709
Email: jr.scherr@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
Browning, Kaleczyc, Berry, & Hoven, PC
800 N. Last Chance Gulch
Ste 101
Helena, MT 59601
406-459-4035
Email: meganw@bkbh.com
*ATTORNEY TO BE NOTICED*

**Patrick Harvey**
Morgan Lewis & Bockius LLP
DC
1111 Pennsylvania Ave., NW
Washington, DC 20004
202-373-6284
Fax: 202-739-3001
Email: patrick.harvey@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Express Scripts** represented by **Chad E. Adams**
*Inc.* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Daniel Hoven**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Scherr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Harvey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant** | | |
| **Express Scripts Administrators** *LLC* | represented by | **Chad E. Adams** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **J. Daniel Hoven** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jason Scherr** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Megan E. Wampler** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Patrick Harvey** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **ESI Mail Pharmacy Service** *Inc.* | represented by | **Chad E. Adams** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **J. Daniel Hoven** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jason Scherr** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Megan E. Wampler** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Patrick Harvey** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Express Scripts Pharmacy** *Inc.* | represented by | **Chad E. Adams** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **J. Daniel Hoven** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jason Scherr** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Megan E. Wampler** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Patrick Harvey** |

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Medco Health Solutions** represented by **Chad E. Adams**
*Inc.*
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Daniel Hoven**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Scherr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Harvey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CVS Health Corporation** represented by **Bruce F. Fain**
CROWLEY FLECK PLLP - BILLINGS
490 North 31st Street, Suite 500
PO Box 2529
Billings, MT 59103-2529
406-252-3441
Email: bfain@crowleyfleck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
Williams & Connolly
680 Maine Avenue, S.W.
Room 787
Washington, DC 20024
202-434-5636
Email: agazikas@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Singer**
Williams & Connolly
680 Maine Avenue, S.W.
Washington, DC 20024
202-434-5000
Email: csinger@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
Williams & Connolly
Williams & Connolly
680 Maine Avenue SW
20024
Washington, DC 20005
202-434-5420
Email: emainigi@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**McKayla Stokes**

                                                                        680 Maine Ave, SW
                                                                        Washington, DC 20005
760-670-6246
Email: mstokes@wc.com
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
(See above for address)

**Nicholas Adam Munoz**
Crowley Fleck PLLP
490 N. 31st St.
Suite 500
Billings, MT 59101
406-252-3441
Fax: 406-259-4159
Email: nmunoz@crowleyfleck.com
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024
202-434-5699
Email: kpoteat@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Pharmacy Inc.**                          represented by  **Bruce F. Fain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**McKayla Stokes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
(See above for address)

**Nicholas Adam Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caremark RX**                                represented by  **Bruce F. Fain**
*LLC*                                                         (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**McKayla Stokes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
(See above for address)

**Nicholas Adam Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caremarkpcs Health LLC**     represented by     **Bruce F. Fain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Gazikas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enu Mainigi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**McKayla Stokes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
(See above for address)

**Nicholas Adam Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond Kennon Poteat , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant** | | |
| **Caremark** *LLC* | represented by | **Bruce F. Fain** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Alexander Gazikas** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Craig Singer** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Enu Mainigi** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **McKayla Stokes** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Megan E. Wampler** (See above for address) |
| | | **Nicholas Adam Munoz** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Raymond Kennon Poteat , III** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **OptumRx** *Inc.* | represented by | **Brian David Boone** Alston & Bird LLP 101 S. Tryon St., Suite 4000 Charlotte, NC 28280 704-444-1106 Fax: 704-444-1111 Email: brian.boone@alston.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Carey E. Matovich** MATOVICH, KELLER & HUSO, P.C. 2812 First Avenue North, Suite 225 PO Box 1098 Billings, MT 59103-1098 406-252-5500 Fax: 406-252-4613 Email: cmatovich@mkhattorneys.com *ATTORNEY TO BE NOTICED* |
| | | **Elizabeth Broadway Brown** Alston & Bird LLP 1201 West Peachtree Street Atlanta, GA 30309 404-881-4688 Fax: 404-253-8400 Email: liz.brown@alston.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Jordan Elise Edwards** |

                                                              Alston & Bird LLP
1201 West Peachtree Street NW
Suite 4900
Atlanta, GA 30309
404-881-4950
Email: jordan.edwards@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Huso**
MATOVICH, KELLER & HUSO, P.C.
2812 First Avenue North, Suite 225
PO Box 1098
Billings, MT 59103-1098
406-252-5500
Fax: 406-252-4613
Email: khuso@mkhattorneys.com
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
(See above for address)

**Defendant**

**UnitedHealth Group**      represented by    **Brian David Boone**
*Inc.*                                                               (See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carey E. Matovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Broadway Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Elise Edwards**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Huso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**
(See above for address)

**Defendant**

**OptumInsight**      represented by    **Brian David Boone**
*Inc.*                                                               (See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carey E. Matovich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Broadway Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Elise Edwards**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Katherine Huso  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Megan E. Wampler**  
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2022 | 1 | NOTICE OF REMOVAL by Express Scripts, Express Scripts Pharmacy, Express Scripts Administrators, ESI Mail Pharmacy Service from First Judicial District Court, L & C County, case number BDV 2022-8000, filed by Express Scripts, Express Scripts Pharmacy, Express Scripts Administrators, ESI Mail Pharmacy Service.(Attachments: # 1 Exhibit A-State Court Documents, # 2 Exhibit B-Contract, # 3 Exhibit C-National Center for Veterans Analysis and Statistics, # 4 Exhibit D-Matrix, # 5 Civil Cover Sheet) (HEG) (Entered: 11/14/2022) |
| 11/14/2022 |  | Filing fee received: $ 402, receipt number AMTDC-2968243 (HEG) (Entered: 11/14/2022) |
| 11/15/2022 | 2 | SUPPLEMENT re 1 Notice of Removal,, by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health. (Attachments: # 1 Exhibit A) (Fain, Bruce) (Entered: 11/15/2022) |
| 11/18/2022 | 3 | NOTICE of Appearance by Emma L. Mediak on behalf of Novo Nordisk Inc. (Mediak, Emma) (Entered: 11/18/2022) |
| 11/18/2022 | 4 | Corporate Disclosure Statement by Novo Nordisk Inc.. (Mediak, Emma) (Entered: 11/18/2022) |
| 11/18/2022 | 5 | Unopposed MOTION for Extension of Time to File Answer *for All Defendants* J. Daniel Hoven appearing for Defendants ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order) (Hoven, J.) (Entered: 11/18/2022) |
| 11/21/2022 | 6 | NOTICE of Appearance by Elizabeth Worth Lund on behalf of Sanofi-Aventis U.S. LLC (Lund, Elizabeth) (Entered: 11/21/2022) |
| 11/21/2022 | 7 | ORDER granting 5 Motion for Extension of Time to Answer re 5 Unopposed MOTION for Extension of Time to File Answer *for All Defendants* CVS Health Corporation answer due 1/9/2023; CVS Pharmacy Inc. answer due 1/9/2023; Caremark answer due 1/9/2023; Caremark RX answer due 1/9/2023; Caremarkpcs Health answer due 1/9/2023; ESI Mail Pharmacy Service answer due 1/9/2023; Eli Lilly and Company answer due 1/9/2023; Evernorth Health answer due 1/9/2023; Express Scripts answer due 1/9/2023; Express Scripts Administrators answer due 1/9/2023; Express Scripts Pharmacy answer due 1/9/2023; Medco Health Solutions answer due 1/9/2023; Novo Nordisk Inc. answer due 1/9/2023; OptumRx answer due 1/9/2023; Sanofi-Aventis U.S. LLC answer due 1/9/2023. Signed by Magistrate Judge John Johnston on 11/21/2022. (KAH) (Entered: 11/21/2022) |
| 11/22/2022 | 8 | Corporate Disclosure Statement by Sanofi-Aventis U.S. LLC. (Lund, Elizabeth) (Entered: 11/22/2022) |
| 11/23/2022 | 9 | Corporate Disclosure Statement by ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions. (Adams, Chad) (Entered: 11/23/2022) |
| 12/06/2022 | 10 | Corporate Disclosure Statement by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health. (Fain, Bruce) (Entered: 12/06/2022) |
| 12/07/2022 | 11 | NOTICE of Filing Lewis and Clark County case Register Report. All original State Court file retained on open civil shelf in Helena. (Attachments: # 1 State Court Documents 2-31, # 2 State Court Documents 32-39) (HEG) (Entered: 12/07/2022) |
| 12/07/2022 | 12 | COMPLAINT against All Defendants, filed by The State of Montana, Austin Knudsen. (HEG) (Entered: 12/07/2022) |
| 12/07/2022 | 13 | State Court Order (Doc. 33) Granting Motion for Extension of Time to Respond to Complaint and Demand for Jury Trial.Signed by District Court Judge McMahon on 11/2/2022 (HEG) (Entered: 12/07/2022) |
| 12/07/2022 | 14 | State Court Nunc Pro Tunc Order (Doc. 36) Granting Motion for Extension of Time to Respond to Complaint for Jury Trial. Signed by District Court Judge McMahon on 11/7/2022. (HEG) (Entered: 12/07/2022) |
| 12/07/2022 | 15 | State Court ANSWER to 12 Complaint by Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions. (HEG) (Entered: 12/07/2022) |
| 12/09/2022 | 16 | Unopposed MOTION R. Kennon Poteat, III to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2981059.) Bruce F. Fain appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2) (Fain, Bruce) (Entered: 12/09/2022) |
| 12/13/2022 | 17 | ORDER granting 16 Motion to Appear Pro Hac Vice for Attorney R. Kennon Poteat, III. **NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.** Acknowledgment of PHV Order due by 12/28/2022. Signed by Judge Brian Morris on 12/13/2022. (KAH) Modified on 12/30/2022 to dd attorney name. (MPB). (Entered: 12/13/2022) |
| 12/16/2022 | 18 | NOTICE of Acknowledgment of Pro Hac Vice Order by CVS Health Corporation, CVS Pharmacy Inc., Caremark, |

| | | |
|---|---|---|
| | | Caremark RX, Caremarkpcs Health re [17](#) Order on Motion to Appear Pro Hac Vice, (Fain, Bruce) (Entered: 12/16/2022) |
| 12/21/2022 | [19](#) | Unopposed MOTION Patrick A. Harvey to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2987816.) Chad E. Adams appearing for Defendants ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions (Attachments: # [1](#) Declaration of Patrick A. Harvey, # [2](#) proposed Order) (Adams, Chad) (Entered: 12/21/2022) |
| 12/21/2022 | [20](#) | Unopposed MOTION Jason R. Scherr to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2987880.) Chad E. Adams appearing for Defendants ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions (Attachments: # [1](#) Declaration of Jason R. Scherr, # [2](#) proposed Order) (Adams, Chad) (Entered: 12/21/2022) |
| 12/22/2022 | [21](#) | ORDER granting [19](#) Motion to Appear Pro Hac Vice for Attorney Patrick A. Harvey and Jason E. Scherr for ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions.<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found [here](#).**<br>and granting [20](#) Motion to Appear Pro Hac Vice for Attorney Patrick A. Harvey and Jason E. Scherr for ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions.<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found [here](#).**<br>Acknowledgment of PHV Order due by 1/6/2023. Signed by Magistrate Judge John Johnston on 12/22/2022. (TLO) (Entered: 12/22/2022) |
| 01/04/2023 | [22](#) | NOTICE of Acknowledgment of Pro Hac Vice Order by ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions re [21](#) Order on Motion to Appear Pro Hac Vice,,,,,,, (Scherr, Jason) (Entered: 01/04/2023) |
| 01/04/2023 | [23](#) | NOTICE of Acknowledgment of Pro Hac Vice Order by ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions re [21](#) Order on Motion to Appear Pro Hac Vice,,,,,,, (Harvey, Patrick) (Entered: 01/04/2023) |
| 01/04/2023 | [24](#) | MOTION Tanya Ellis to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2993680.) Jennifer Marie Studebaker appearing for Plaintiff The State of Montana (Attachments: # [1](#) Text of Proposed Order, # [2](#) Exhibit 1 - Affidavit, # [3](#) Exhibit 2 - Certificate) (Studebaker, Jennifer) (Entered: 01/04/2023) |
| 01/04/2023 | [25](#) | MOTION Matthew C. McDonald to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2993691.) Jennifer Marie Studebaker appearing for Plaintiff The State of Montana (Attachments: # [1](#) Text of Proposed Order, # [2](#) Exhibit 1 - Affidavit, # [3](#) Exhibit 2 - Certificate) (Studebaker, Jennifer) (Entered: 01/04/2023) |
| 01/04/2023 | [26](#) | MOTION Josh Wackerly to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2993700.) Jennifer Marie Studebaker appearing for Plaintiff The State of Montana (Attachments: # [1](#) Text of Proposed Order, # [2](#) Exhibit 1 - Affidavit, # [3](#) Exhibit 2 - Certificate) (Studebaker, Jennifer) (Entered: 01/04/2023) |
| 01/04/2023 | [27](#) | ORDER granting [24](#) [25](#) [26](#) Motions to Appear Pro Hac Vice for Attorney Tanya Ellis, Matthew C. McDonald, Josh Wackerly for Austin Knudsen, Tanya Ellis, Matthew C. McDonald, Josh Wackerly for The State of Montana.<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found [here](#).**<br>; Acknowledgment of PHV Order due by 1/19/2023. Signed by Magistrate Judge John Johnston on 1/4/2023. (TLO) (Entered: 01/04/2023) |
| 01/04/2023 | [28](#) | ORDER REASSIGNING CASE. IT IS HEREBY ORDERED that the above-captioned cause is REASSIGNED to the Honorable Brian Morris for all further proceedings. Signed by Judge Brian Morris on 1/4/2023. (ACC) (Entered: 01/04/2023) |
| 01/04/2023 | | Magistrate Judge John Johnston no longer assigned to case. (ACC) (Entered: 01/04/2023) |
| 01/06/2023 | [29](#) | NOTICE of Appearance by William W. Mercer on behalf of Eli Lilly and Company (Mercer, William) (Entered: 01/06/2023) |
| 01/06/2023 | [30](#) | Corporate Disclosure Statement by Eli Lilly and Company. (Mercer, William) (Entered: 01/06/2023) |
| 01/06/2023 | [31](#) | Unopposed MOTION Jason A. Feld to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2995487.) William W. Mercer appearing for Defendant Eli Lilly and Company (Attachments: # [1](#) Affidavit - Declaration of Jason A. Feld, # [2](#) Text of Proposed Order - Proposed Order) (Mercer, William) (Entered: 01/06/2023) |
| 01/06/2023 | [32](#) | Unopposed MOTION James F. Hurst to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2995506.) William W. Mercer appearing for Defendant Eli Lilly and Company (Attachments: # [1](#) Affidavit - Declaration of James F. Hurst, # [2](#) Text of Proposed Order - Proposed Order) (Mercer, William) (Entered: 01/06/2023) |
| 01/06/2023 | [33](#) | Unopposed MOTION Andrew A. Kassof to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2995519.) William W. Mercer appearing for Defendant Eli Lilly and Company (Attachments: # [1](#) Affidavit - Declaration of Andrew A. Kassof, # [2](#) Text of Proposed Order - Proposed Order) (Mercer, William) (Entered: 01/06/2023) |
| 01/06/2023 | [34](#) | Unopposed MOTION Ryan J. Moorman to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2995525.) William W. Mercer appearing for Defendant Eli Lilly and Company (Attachments: # [1](#) Affidavit - Declaration of Ryan J. Moorman, # [2](#) Exhibit - Proposed Order) (Mercer, William) (Entered: 01/06/2023) |

| | | |
|---|---|---|
| 01/06/2023 | 35 | Unopposed MOTION Diana M. Watral to Appear Pro Hac Vice ( Filing fee $ 262 receipt number BMTDC-2995533.) William W. Mercer appearing for Defendant Eli Lilly and Company (Attachments: # 1 Affidavit - Declaration of Diana M. Watral, # 2 Text of Proposed Order - Proposed Order) (Mercer, William) (Entered: 01/06/2023) |
| 01/06/2023 | 36 | NOTICE of Appearance by Katherine Huso on behalf of OptumRx (Huso, Katherine) (Entered: 01/06/2023) |
| 01/09/2023 | 37 | ORDER granting 31 32 33 34 35 Motion to Appear Pro Hac Vice<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here. Acknowledgment of PHV Order due by 1/24/2023. Signed by Judge Brian Morris on 1/9/2023. (KAH) (Entered: 01/09/2023)** |
| 01/09/2023 | 38 | MOTION to Amend/Correct Jennifer Marie Studebaker appearing for Plaintiff The State of Montana (Attachments: # 1 Exhibit A - First Amended Complaint, # 2 Exhibit B - Proposed Order) (Studebaker, Jennifer) (Entered: 01/09/2023) |
| 01/09/2023 | 39 | ORDER: IT IS HEREBY ORDERED that Plaintiffs Motion for Leave to Amend Complaint is GRANTED. Plaintiff shall file the First Amended Complaint on the docket in the above-captioned matter within 7 days of this Order. It is further ORDERED that defendants shall have 45 days from the date the First Amended Complaint is filed to serve their responsive pleadings. Signed by Judge Brian Morris on 1/9/2023. (KAH) (Entered: 01/09/2023) |
| 01/09/2023 | 40 | AMENDED COMPLAINT against All Defendants, filed by The State of Montana. (Studebaker, Jennifer) (Entered: 01/09/2023) |
| 01/10/2023 | 41 | NOTICE of Acknowledgment of Pro Hac Vice Order by The State of Montana re 27 Order on Motion to Appear Pro Hac Vice,,,,, *(Tanya Ellis)* (Studebaker, Jennifer) (Entered: 01/10/2023) |
| 01/10/2023 | 42 | NOTICE of Acknowledgment of Pro Hac Vice Order by The State of Montana re 27 Order on Motion to Appear Pro Hac Vice,,,,, *(Matthew C. McDonald)* (Studebaker, Jennifer) (Entered: 01/10/2023) |
| 01/10/2023 | 43 | NOTICE of Acknowledgment of Pro Hac Vice Order by The State of Montana re 27 Order on Motion to Appear Pro Hac Vice,,,,, *(Josh Wackerly)* (Studebaker, Jennifer) (Entered: 01/10/2023) |
| 01/10/2023 | | NOTICE OF CORRECTION re 36 Notice of Appearance. Document filed is titled DEFENDANT OPTUMRX, INC.S CORPORATE DISCLOSURE STATEMENT and should have been Notice of Appearance. Nothing further is required. (HEG) (Entered: 01/10/2023) |
| 01/10/2023 | 44 | Unopposed MOTION Shirlethia V. Franklin to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2998406.) Elizabeth Worth Lund appearing for Defendant Sanofi-Aventis U.S. LLC (Attachments: # 1 Exhibit, # 2 Text of Proposed Order) (Lund, Elizabeth) (Entered: 01/10/2023) |
| 01/10/2023 | 45 | Unopposed MOTION Theresa C. Martin to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2998418.) Elizabeth Worth Lund appearing for Defendant Sanofi-Aventis U.S. LLC (Attachments: # 1 Exhibit, # 2 Text of Proposed Order) (Lund, Elizabeth) (Entered: 01/10/2023) |
| 01/10/2023 | 46 | Unopposed MOTION William Coglianese to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2998430.) Elizabeth Worth Lund appearing for Defendant Sanofi-Aventis U.S. LLC (Attachments: # 1 Exhibit, # 2 Text of Proposed Order) (Lund, Elizabeth) (Entered: 01/10/2023) |
| 01/10/2023 | 47 | Unopposed MOTION Craig Singer to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2998436.) Bruce F. Fain appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit A to Exhibit 1) (Fain, Bruce) (Entered: 01/10/2023) |
| 01/10/2023 | 48 | NOTICE of Acknowledgment of Pro Hac Vice Order by Eli Lilly and Company re 37 Order on Motion to Appear Pro Hac Vice,,,,,,,,, (Kassof, Andrew) (Entered: 01/10/2023) |
| 01/10/2023 | 49 | NOTICE of Acknowledgment of Pro Hac Vice Order by Eli Lilly and Company re 37 Order on Motion to Appear Pro Hac Vice,,,,,,,,, (Watral, Diana) (Entered: 01/10/2023) |
| 01/10/2023 | 50 | NOTICE of Acknowledgment of Pro Hac Vice Order by Eli Lilly and Company re 37 Order on Motion to Appear Pro Hac Vice,,,,,,,,, (Hurst, James) (Entered: 01/10/2023) |
| 01/10/2023 | 51 | NOTICE of Acknowledgment of Pro Hac Vice Order by Eli Lilly and Company re 37 Order on Motion to Appear Pro Hac Vice,,,,,,,,, (Moorman, Ryan) (Entered: 01/10/2023) |
| 01/10/2023 | 52 | NOTICE of Acknowledgment of Pro Hac Vice Order by Eli Lilly and Company re 37 Order on Motion to Appear Pro Hac Vice,,,,,,,,, (Feld, Jason) (Entered: 01/10/2023) |
| 01/11/2023 | 53 | ORDER granting 44 Motion for Shirlethia V. Franklin to Appear Pro Hac Vice<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>; granting 45 Motion for Theresa C. Martin to Appear Pro Hac Vice<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>; granting 46 Motion for William Coglianese to Appear Pro Hac Vice<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 1/26/2023. Signed by Judge Brian Morris on 1/11/2023. (TLO) (Entered: 01/11/2023) |
| 01/12/2023 | 54 | NOTICE of Acknowledgment of Pro Hac Vice Order by Sanofi-Aventis U.S. LLC re 53 Order on Motion to Appear Pro |

| | | |
|---|---|---|
| | | Hac Vice,,,,,,,,,,,, (Lund, Elizabeth) (Entered: 01/12/2023) |
| 01/12/2023 | 55 | NOTICE of Acknowledgment of Pro Hac Vice Order by Sanofi-Aventis U.S. LLC re 53 Order on Motion to Appear Pro Hac Vice,,,,,,,,,,,, (Lund, Elizabeth) (Entered: 01/12/2023) |
| 01/12/2023 | 56 | NOTICE of Acknowledgment of Pro Hac Vice Order by Sanofi-Aventis U.S. LLC re 53 Order on Motion to Appear Pro Hac Vice,,,,,,,,,,,, (Lund, Elizabeth) (Entered: 01/12/2023) |
| 01/17/2023 | 57 | MOTION W. Lawrence Deas to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3001989.) Jennifer Marie Studebaker appearing for Plaintiff The State of Montana (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1 - Affidavit, # 3 Exhibit 2 - Certificate) (Studebaker, Jennifer) (Entered: 01/17/2023) |
| 01/17/2023 | 58 | ORDER granting 57 Motion to Appear Pro Hac Vice of W. Lawrence Deas<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 2/1/2023. Signed by Judge Brian Morris on 1/17/2023. (ACC) (Entered: 01/17/2023) |
| 01/17/2023 | 59 | ORDER granting 47 Motion to Appear Pro Hac Vice of Craig Singer<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 2/1/2023. Signed by Judge Brian Morris on 1/17/2023. (ACC) (Entered: 01/17/2023) |
| 01/19/2023 | 60 | WAIVER OF SERVICE Returned Executed by The State of Montana. UnitedHealth Group waiver sent on 1/10/2023, answer due 3/13/2023. (Ellis, Tanya) (Entered: 01/19/2023) |
| 01/19/2023 | 61 | WAIVER OF SERVICE Returned Executed by The State of Montana. OptumInsight waiver sent on 1/10/2023, answer due 3/13/2023. (Ellis, Tanya) (Entered: 01/19/2023) |
| 01/19/2023 | 62 | NOTICE of Acknowledgment of Pro Hac Vice Order by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health re 59 Order on Motion to Appear Pro Hac Vice, (Fain, Bruce) (Entered: 01/19/2023) |
| 01/19/2023 | 63 | Unopposed MOTION Adam Joshua Podoll to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3003721.) Bruce F. Fain appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2) (Fain, Bruce) (Entered: 01/19/2023) |
| 01/19/2023 | 64 | ORDER granting 63 Motion to Appear Pro Hac Vice (Joshua Podoll)<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 2/3/2023. Signed by Judge Brian Morris on 1/19/2023. (MMS) (Entered: 01/19/2023) |
| 01/25/2023 | 65 | NOTICE of Acknowledgment of Pro Hac Vice Order by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health re 64 Order on Motion to Appear Pro Hac Vice, (Fain, Bruce) (Entered: 01/25/2023) |
| 01/25/2023 | 66 | Unopposed MOTION Enu Mainigi to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3007547.) Bruce F. Fain appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2) (Fain, Bruce) (Entered: 01/25/2023) |
| 01/25/2023 | 67 | ORDER granting 66 Motion to Appear Pro Hac Vice<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 2/9/2023. Signed by Judge Brian Morris on 1/25/2023. (KAH) (Entered: 01/25/2023) |
| 01/27/2023 | 68 | Unopposed MOTION Neal A Potischman to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3009384.) Emma L. Mediak appearing for Defendant Novo Nordisk Inc. (Attachments: # 1 Affidavit in Support of Pro Hac Vice Admission, # 2 Affidavit Certification Under MRPC 8.5, # 3 Text of Proposed Order) (Mediak, Emma) (Entered: 01/27/2023) |
| 01/27/2023 | 69 | Unopposed MOTION Andrew D. Yaphe to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3009404.) Emma L. Mediak appearing for Defendant Novo Nordisk Inc. (Attachments: # 1 Affidavit in Support of Pro Hac Vice Admission, # 2 Affidavit Certification Under MRPC 8.5, # 3 Text of Proposed Order) (Mediak, Emma) (Entered: 01/27/2023) |
| 01/31/2023 | 70 | ORDER granting 68 Motion to Appear Pro Hac Vice Neal A. Potischman<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>; granting 69 Motion to Appear Pro Hac Vice Andrew D. Yaphe<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Signed by Judge Brian Morris on 1/31/2023.**SEE ORDER FOR DETAILS** (ACC) (Entered: 01/31/2023) |
| 02/01/2023 | 71 | NOTICE of Acknowledgment of Pro Hac Vice Order by The State of Montana re 58 Order on Motion to Appear Pro Hac Vice, (Deas, William) (Entered: 02/01/2023) |
| 02/02/2023 | 72 | NOTICE of Acknowledgment of Pro Hac Vice Order by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health (Mainigi, Enu) (Entered: 02/02/2023) |
| 02/08/2023 | 73 | Unopposed MOTION James P. Rouhandeh to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3016666.) Emma L. Mediak appearing for Defendant Novo Nordisk Inc. (Attachments: # 1 Affidavit in Support of Pro Hac Vice |

| | | |
|---|---|---|
| | | Admission, # 2 Affidavit Certification Under MRPC 8.5, # 3 Text of Proposed Order) (Mediak, Emma) (Entered: 02/08/2023) |
| 02/09/2023 | 74 | ORDER granting 73 Motion to Appear Pro Hac Vice of James Rouhandeh<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Signed by Judge Brian Morris on 2/9/2023. **SEE ORDER FOR FULL DETAILS** (ACC) (Entered: 02/09/2023) |
| 02/10/2023 | 75 | Unopposed MOTION Alexander Gazikas to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3018335.) Bruce F. Fain appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2) (Fain, Bruce) (Entered: 02/10/2023) |
| 02/13/2023 | 76 | ORDER granting 75 Motion to Appear Pro Hac Vice Alexander Gazikas<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 2/28/2023. Signed by Judge Brian Morris on 2/13/2023. (ACC) (Entered: 02/13/2023) |
| 02/14/2023 | 77 | NOTICE of Acknowledgment of Pro Hac Vice Order by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health re 76 Order on Motion to Appear Pro Hac Vice, (Gazikas, Alexander) (Entered: 02/14/2023) |
| 02/14/2023 | 78 | NOTICE of Acknowledgment of Pro Hac Vice Order by Novo Nordisk Inc. re 70 Order on Motion to Appear Pro Hac Vice,,,,, *Neal A. Potischman* (Mediak, Emma) (Entered: 02/14/2023) |
| 02/14/2023 | 79 | NOTICE of Acknowledgment of Pro Hac Vice Order by Novo Nordisk Inc. re 70 Order on Motion to Appear Pro Hac Vice,,,,, *Andrew D. Yaphe* (Mediak, Emma) (Entered: 02/14/2023) |
| 02/14/2023 | 80 | NOTICE of Acknowledgment of Pro Hac Vice Order by Novo Nordisk Inc. re 74 Order on Motion to Appear Pro Hac Vice, *James P. Rouhandeh* (Mediak, Emma) (Entered: 02/14/2023) |
| 02/17/2023 | 81 | AMENDED Corporate Disclosure Statement by ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions. (Adams, Chad) Modified on 2/22/2023 to add AMENDED text (HEG). (Entered: 02/17/2023) |
| 02/22/2023 | 82 | Unopposed MOTION for Leave to File *Overlength Brief* Elizabeth Worth Lund appearing for Defendant Sanofi-Aventis U.S. LLC (Attachments: # 1 Text of Proposed Order) (Lund, Elizabeth) (Entered: 02/22/2023) |
| 02/22/2023 | 83 | ORDER granting ELI LILLY AND COMPANY, NOVO NORDISK INC., AND SANOFI-AVENTIS U.S. LLCS UNOPPOSED MOTION 82 FOR LEAVE TO FILE OVERLENGTH BRIEF. Signed by Judge Brian Morris on 2/22/2023. (TLO) (Entered: 02/22/2023) |
| 02/23/2023 | 84 | Joint MOTION to Dismiss *The First Amended Complaint* Elizabeth Worth Lund appearing for Defendant Sanofi-Aventis U.S. LLC (Lund, Elizabeth) (Entered: 02/23/2023) |
| 02/23/2023 | 85 | Brief/Memorandum in Support re 84 Joint MOTION to Dismiss *The First Amended Complaint* filed by Sanofi-Aventis U.S. LLC. (Lund, Elizabeth) (Entered: 02/23/2023) |
| 02/23/2023 | 86 | MOTION to Dismiss for Lack of Jurisdiction Chad E. Adams appearing for Defendant Evernorth Health (Adams, Chad) (Entered: 02/23/2023) |
| 02/23/2023 | 87 | Brief/Memorandum in Support re 86 MOTION to Dismiss for Lack of Jurisdiction filed by Evernorth Health. (Attachments: # 1 Exhibit A) (Adams, Chad) (Entered: 02/23/2023) |
| 02/23/2023 | 88 | AFFIDAVIT/DECLARATION re 85 Brief/Memorandum in Support *of Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC's Rule 12(b)(6) Motion to Dismiss the First Amended Complaint* by Sanofi-Aventis U.S. LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit) (Lund, Elizabeth) (Entered: 02/23/2023) |
| 02/23/2023 | 89 | MOTION to Dismiss for Lack of Jurisdiction *Under Rule 12(b)(2)* Bruce F. Fain appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health (Fain, Bruce) (Entered: 02/23/2023) |
| 02/23/2023 | 90 | Brief/Memorandum in Support re 89 MOTION to Dismiss for Lack of Jurisdiction *Under Rule 12(b)(2)* filed by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health. (Attachments: # 1 Exhibit A) (Fain, Bruce) (Entered: 02/23/2023) |
| 02/23/2023 | 91 | MOTION Jordan Elise Edwards to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3025897.) Katherine Huso appearing for Defendant OptumRx (Attachments: # 1 Exhibit Declaration of Jordan Edwards) (Huso, Katherine) (Entered: 02/23/2023) |
| 02/23/2023 | 92 | MOTION Elizabeth Broadway Brown to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3025898.) Katherine Huso appearing for Defendant OptumRx (Attachments: # 1 Exhibit Declaration of Elizabeth Broadway Brown) (Huso, Katherine) (Entered: 02/23/2023) |
| 02/23/2023 | 93 | MOTION Brian D. Boone to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3025899.) Katherine Huso appearing for Defendant OptumRx (Attachments: # 1 Exhibit Declaration of Brian D. Boone) (Huso, Katherine) (Entered: 02/23/2023) |

| | | |
|---|---|---|
| 02/23/2023 | 94 | MOTION to Dismiss for Lack of Jurisdiction Katherine Huso appearing for Defendant UnitedHealth Group and OptumInsight Inc. (Huso, Katherine) Modified on 2/24/2023 to add deft OptumInsight Inc. Document regenerated to reflect changes. (HEG). (Entered: 02/23/2023) |
| 02/23/2023 | 95 | Brief/Memorandum in Support re 94 MOTION to Dismiss for Lack of Jurisdiction filed by UnitedHealth Group and OptumInsight Inc. (Huso, Katherine) Modified on 2/24/2023 to add deft OptumInsight Inc. Document regenerated to reflect changes. (HEG) (Entered: 02/23/2023) |
| 02/23/2023 | 96 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Chad E. Adams appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health, ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions, OptumInsight, OptumRx, UnitedHealth Group (Adams, Chad) (Entered: 02/23/2023) |
| 02/23/2023 | 97 | Brief/Memorandum in Support re 96 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health, ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions, OptumInsight, OptumRx, UnitedHealth Group. (Attachments: # 1 Exhibit PBM RFP) (Adams, Chad) (Entered: 02/23/2023) |
| 02/27/2023 | 98 | ORDER granting 91 Motion to Appear Pro Hac Vice Jordan Elise Edwards<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>; granting 92 Motion to Appear Pro Hac Vice Elizabeth Broadway Brown<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>; granting 93 Motion to Appear Pro Hac Vice Brian D. Boone<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 3/14/2023. Signed by Judge Brian Morris on 2/27/2023. (ACC) (Entered: 02/27/2023) |
| 02/27/2023 | 99 | Corporate Disclosure Statement by OptumInsight, OptumRx, UnitedHealth Group. (Huso, Katherine) (Entered: 02/27/2023) |
| 03/03/2023 | 100 | Unopposed MOTION for Extension of Time to File Response/Reply as to 86 MOTION to Dismiss for Lack of Jurisdiction , 84 Joint MOTION to Dismiss *The First Amended Complaint*, 94 MOTION to Dismiss for Lack of Jurisdiction , 96 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 89 MOTION to Dismiss for Lack of Jurisdiction *Under Rule 12(b)(2)* Tanya Dearman Ellis appearing for Plaintiff The State of Montana (Attachments: # 1 Text of Proposed Order) (Ellis, Tanya) (Entered: 03/03/2023) |
| 03/03/2023 | 101 | ORDER: IT IS HEREBY ORDERED that Plaintiff's 100 Motion for Extension of Time to Respond to Defendants' Motion to Dismiss is GRANTED. Plaintiff may respond to the Motions by March 31, 2023. Signed by Judge Brian Morris on 3/3/2023. (ACC) (Entered: 03/03/2023) |
| 03/14/2023 | 102 | NOTICE of Acknowledgment of Pro Hac Vice Order by OptumInsight, OptumRx, UnitedHealth Group re 98 Order on Motion to Appear Pro Hac Vice,,,,,,,,,,,, (Huso, Katherine) (Entered: 03/14/2023) |
| 03/14/2023 | 103 | NOTICE of Acknowledgment of Pro Hac Vice Order by OptumInsight, OptumRx, UnitedHealth Group re 98 Order on Motion to Appear Pro Hac Vice,,,,,,,,,,,, (Huso, Katherine) (Entered: 03/14/2023) |
| 03/14/2023 | 104 | NOTICE of Acknowledgment of Pro Hac Vice Order by OptumInsight, OptumRx, UnitedHealth Group re 98 Order on Motion to Appear Pro Hac Vice,,,,,,,,,,,, (Huso, Katherine) (Entered: 03/14/2023) |
| 03/20/2023 | 105 | TEXT ORDER Setting Hearing on Motion 84 Joint MOTION to Dismiss *The First Amended Complaint*, 96 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 94 MOTION to Dismiss for Lack of Jurisdiction , 86 MOTION to Dismiss for Lack of Jurisdiction , 89 MOTION to Dismiss for Lack of Jurisdiction *Under Rule 12(b)(2)* : Motion Hearing is set for 5/15/2023 at 01:30 PM in Helena, MT before Judge Brian Morris. Signed by Judge Brian Morris on 3/20/2023. (SLL) (Entered: 03/20/2023) |
| 03/21/2023 | 106 | NOTICE of Substitution of Counsel and Entry of Appearance for Attorney Anna Schneider on behalf of The State of Montana. Attorney Derek J. Oestreicher terminated. (Schneider, Anna) (Entered: 03/21/2023) |
| 03/30/2023 | 107 | Unopposed MOTION for Leave to File *Overlength Brief*. Tanya Dearman Ellis appearing for Plaintiff The State of Montana. (Attachments: # 1 Text of Proposed Order Proposed order granting motion) (Ellis, Tanya) (Entered: 03/30/2023) |
| 03/30/2023 | 108 | ORDER granting 107 Motion for Leave to File Overlength Briefs. Signed by Judge Brian Morris on 3/30/2023. (MMS) (Entered: 03/30/2023) |
| 03/31/2023 | 109 | RESPONSE to Motion re 94 MOTION to Dismiss for Lack of Jurisdiction filed by The State of Montana. (Ellis, Tanya) (Entered: 03/31/2023) |
| 03/31/2023 | 110 | RESPONSE to Motion re 86 MOTION to Dismiss for Lack of Jurisdiction filed by The State of Montana. (Ellis, Tanya) (Entered: 03/31/2023) |
| 03/31/2023 | 111 | RESPONSE to Motion re 89 MOTION to Dismiss for Lack of Jurisdiction *Under Rule 12(b)(2)* filed by The State of Montana. (Attachments: # 1 Exh 1 - Moffatt Affidavit, # 2 Exh 2 - Moffatt LinkedIn Profile, # 3 Exh 3 - PCMA Corporate Disclosure Statement, # 4 Exh 4 - PCMA 2016 Board of Directors, # 5 Exh 5 - McCarthy Declaration, # 6 Exh 6 - AR Response Memo to CVS 12b2 Motion) (Ellis, Tanya) (Entered: 03/31/2023) |

| | | |
|---|---|---|
| 03/31/2023 | 112 | RESPONSE to Motion re 84 Joint MOTION to Dismiss *The First Amended Complaint under Fed. R. Civ. P. 12(b)(6)* filed by The State of Montana. (Wackerly, Josh) (Entered: 03/31/2023) |
| 03/31/2023 | 113 | RESPONSE to Motion re 96 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by The State of Montana. (Wackerly, Josh) (Entered: 03/31/2023) |
| 04/05/2023 | 114 | Unopposed MOTION McKayla R Stokes to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3048035.). Bruce F. Fain appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark RX, Caremarkpcs Health. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2) (Fain, Bruce) (Entered: 04/05/2023) |
| 04/05/2023 | 115 | ORDER granting 114 Motion to Appear Pro Hac Vice McKayla Stokes<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 4/20/2023. Signed by Judge Brian Morris on 4/5/2023. (ACC) (Entered: 04/05/2023) |
| 04/11/2023 | 116 | Unopposed MOTION for Extension of Time to File Response/Reply as to 84 Joint MOTION to Dismiss *The First Amended Complaint* . Elizabeth Worth Lund appearing for Defendant Sanofi-Aventis U.S. LLC. (Attachments: # 1 Text of Proposed Order) (Lund, Elizabeth) (Entered: 04/11/2023) |
| 04/11/2023 | 117 | ORDER GRANTING DEFENDANTS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS 84 96 94 86 89 116 89 . Defendants shall have up to and including April 28, 2023, in which to file their respective reply briefing in support of their motions to dismiss. Signed by Judge Brian Morris on 4/11/2023. (TLO) (Entered: 04/11/2023) |
| 04/11/2023 | 118 | Unopposed MOTION for Leave to Appear Via Video Conferencing for Pending Motions Hearing . Jennifer Marie Studebaker appearing for Plaintiff The State of Montana. (Attachments: # 1 Text of Proposed Order Proposed Order) (Studebaker, Jennifer) (Entered: 04/11/2023) |
| 04/11/2023 | 119 | ORDER GRANTING COUNSEL JENNIFER M. STUDEBAKER TO APPEAR BY VIDEO CONFERENCE. Upon the Unopposed Motion for Leave to Appear Via Video Conference (Doc. 118 ) and with good cause shown: IT IS HEREBY ORDERED that Jennifer Studebaker may appear by Zoom at the May 15, 2023 motion hearing. Attorney Studebaker will contact the Clerk of Court's Office for the Zoom link. Zoom link for month of May emailed to counsel Studebaker Signed by Judge Brian Morris on 4/11/2023. (TLO) (Entered: 04/11/2023) |
| 04/18/2023 | 120 | NOTICE of Acknowledgment of Pro Hac Vice Order by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health re 115 Order on Motion to Appear Pro Hac Vice, (Stokes, McKayla) (Entered: 04/18/2023) |
| 04/18/2023 | 121 | Unopposed MOTION William Liston, III to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3055522.). Jennifer Marie Studebaker appearing for Plaintiff The State of Montana. (Attachments: # 1 Affidavit 1 - Affidavit of William Liston, III, # 2 Exhibit 2- Certificate of Compliance, # 3 Text of Proposed Order Proposed Order) (Studebaker, Jennifer) (Entered: 04/18/2023) |
| 04/19/2023 | 122 | ORDER granting 121 Motion to Appear Pro Hac Vice<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 5/4/2023. Signed by Judge Brian Morris on 4/19/2023. (KAH) (Entered: 04/19/2023) |
| 04/26/2023 | 123 | Unopposed MOTION for Leave to File *Overlength Reply Brief*. Elizabeth Worth Lund appearing for Defendant Sanofi-Aventis U.S. LLC. (Attachments: # 1 Text of Proposed Order) (Lund, Elizabeth) (Entered: 04/26/2023) |
| 04/26/2023 | 124 | NOTICE of Acknowledgment of Pro Hac Vice Order by The State of Montana re 122 Order on Motion to Appear Pro Hac Vice, (Liston, William) (Entered: 04/26/2023) |
| 04/26/2023 | 125 | ORDER re 123 Motion for Leave to File Overlength Reply Brief. IT IS HEREBY ORDERED that the word limit for the Manufacturers' joint Reply to their Rule 12(b)(6) Motion to Dismiss is in-creased to 4,500 words. Signed by Judge Brian Morris on 4/26/2023. (ACC) (Entered: 04/26/2023) |
| 04/26/2023 | 126 | MOTION for Leave to File *Overlength Brief*. Megan E. Wampler appearing for Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health, ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions, OptumInsight, OptumRx, UnitedHealth Group. (Attachments: # 1 proposed Order) (Wampler, Megan) (Entered: 04/26/2023) |
| 04/26/2023 | 127 | ORDER granting PBM DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF 126 . The word limit for the PBM Defendants joint reply in support of their Rule 12(b)(6) Motion to Dismiss, ECF No. 96 , is increased to 5,000 words. Signed by Judge Brian Morris on 4/26/2023. (TLO) (Entered: 04/26/2023) |
| 04/28/2023 | 128 | REPLY to Response to Motion re 86 MOTION to Dismiss for Lack of Jurisdiction filed by Evernorth Health. (Adams, Chad) (Entered: 04/28/2023) |
| 04/28/2023 | 129 | REPLY to Response to Motion re 94 MOTION to Dismiss for Lack of Jurisdiction filed by OptumInsight, UnitedHealth Group. (Huso, Katherine) (Entered: 04/28/2023) |
| 04/28/2023 | 130 | REPLY to Response to Motion re 84 Joint MOTION to Dismiss *The First Amended Complaint* filed by Eli Lilly and Company, Novo Nordisk Inc., Sanofi-Aventis U.S. LLC. (Lund, Elizabeth) (Entered: 04/28/2023) |

| 04/28/2023 | 131 | REPLY to Response to Motion re 89 MOTION to Dismiss for Lack of Jurisdiction *Under Rule 12(b)(2)* filed by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health. (Fain, Bruce) (Entered: 04/28/2023) |
|---|---|---|
| 04/28/2023 | 132 | REPLY to Response to Motion re 96 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX, Caremarkpcs Health, ESI Mail Pharmacy Service, Evernorth Health, Express Scripts, Express Scripts Administrators, Express Scripts Pharmacy, Medco Health Solutions, OptumInsight, OptumRx, UnitedHealth Group. (Adams, Chad) (Entered: 04/28/2023) |
| 05/08/2023 | 133 | Unopposed MOTION R. Johan Conrod to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3066246.). Jennifer Marie Studebaker appearing for Plaintiff The State of Montana. (Attachments: # 1 Exhibit 1 - Affidavit of R. Johan Conrod, # 2 Exhibit 2 - Certificate of Compliance, # 3 Text of Proposed Order Proposed Order) (Studebaker, Jennifer) (Entered: 05/08/2023) |
| 05/08/2023 | 134 | ORDER granting 133 Motion for attorney Johan Conrod to Appear Pro Hac Vice<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 5/23/2023. Signed by Judge Brian Morris on 5/8/2023. (TLO) (Entered: 05/08/2023) |
| 05/09/2023 | 135 | NOTICE of Acknowledgment of Pro Hac Vice Order by The State of Montana re 134 Order on Motion to Appear Pro Hac Vice, (Conrod, Richard) (Entered: 05/09/2023) |
| 05/09/2023 | 136 | NOTICE by The State of Montana *of Filing of Motion For Transfer Pursuant to 28 U.S.C. Sec. 1407* (Attachments: # 1 JPML Motion for Transfer, # 2 Brief in Support, # 3 Schedule of Actions, # 4 Oral Argument Statement, # 5 Proof of Service, # 6 E.D. Ark. Complaint, # 7 N.D. Ill. Complaint, # 8 D. Kan. Complaint, # 9 S.D. Miss. Complaint, # 10 D. Mont. Complaint) (Ellis, Tanya) (Entered: 05/09/2023) |
| 05/10/2023 | 137 | MOTION for Leave to Appear via Video Conferencing for Pending Motions Hearing . Emma L. Mediak appearing for Defendant Novo Nordisk Inc.. (Attachments: # 1 Text of Proposed Order) (Mediak, Emma) (Entered: 05/10/2023) |
| 05/10/2023 | 138 | ORDER granting 137 Motion for Leave to Appear via Video Conferencing for Motion Hearing. Defendant Novo Nordisk may appear by Zoom at the May 15, 2023, motion hearing. (zoom link emailed to defense counsel). Signed by Judge Brian Morris on 5/10/2023. (MMS) (Entered: 05/10/2023) |
| 05/10/2023 | 139 | Unopposed MOTION Ian Hogg to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-3068444.). Emma L. Mediak appearing for Defendant Novo Nordisk Inc.. (Attachments: # 1 Affidavit Affidavit in Support of Pro Hac Vice Admission, # 2 Affidavit Certification Under MRPC 8.5, # 3 Text of Proposed Order) (Mediak, Emma) (Entered: 05/10/2023) |
| 05/10/2023 | 140 | Unopposed MOTION for Leave to Appear Leave to Appear by Video Conference for Pending Motions Hearing . William W. Mercer appearing for Defendant Eli Lilly and Company. (Attachments: # 1 Text of Proposed Order - Proposed Order) (Mercer, William) (Entered: 05/10/2023) |
| 05/11/2023 | 141 | ORDER granting 139 Motion for attorney Ian Hogg to Appear Pro Hac Vice<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>Acknowledgment of PHV Order due by 5/26/2023. Signed by Judge Brian Morris on 5/11/2023. (TLO) (Entered: 05/11/2023) |
| 05/11/2023 | 142 | ORDER granting 140 Motion for Leave to Appear by Zoom. Zoom link sent to counsel. Signed by Judge Brian Morris on 5/11/2023. (KAH) (Entered: 05/11/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/12/2023 07:22:19 | | | |
| **PACER Login:** | Jackson0263 | **Client Code:** | 44915.610654 |
| **Description:** | Docket Report | **Search Criteria:** | 6:22-cv-00087-BMM |
| **Billable Pages:** | 25 | **Cost:** | 2.50 |