**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| **In Re:** | |
|---|---|
| **INSULIN PRICING LITIGATION** | **MDL Docket No. 3080** |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION

Pursuant to J.P.M.L. Rule 6.3(a), the Government of Puerto Rico ("Puerto Rico") respectfully requests leave to file the concurrently submitted Supplemental Information, as an entry out of time. In support of its request, Puerto Rico states as follows:

1. The Panel has flagged Puerto Rico's action, *Government of Puerto Rico v. Eli Lilly & Co.*, No. 23-cv-1127 (D.P.R.), as a related action in this matter. *See* Notice of Related Actions from J.P.M.L., ECF No. 43.

2. When Puerto Rico filed its Interested Party Response in Opposition on July 7, 2023, ECF No. 68, Puerto Rico's Motion to Remand was pending in the District of Puerto Rico. Government of Puerto Rico's Motion to Remand, *Government of Puerto Rico v. Eli Lilly & Co.*, No. 23-cv-1127 (D.P.R. May 1, 2023), ECF No. 74.

3. On July 13, 2023, the District of Puerto Rico issued an order granting Puerto Rico's motion to remand. Mem. & Order, *Government of Puerto Rico v. Eli Lilly & Co.*, No. 23-cv-1127 (D.P.R. July 13, 2023), ECF No. 102.

4. Advising the Panel of this order will assist the Panel in its consideration of the matters before it.

For these reasons, Puerto Rico respectfully requests leave to file a Supplemental Information out of time and requests that it be considered by the Panel.

Dated: July 26, 2023                                              Respectfully submitted,

*/s/ Jenna N. Forster*
**JENNA N. FORSTER**
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (202) 748-0624
Fax: (202) 232-5513
jforster@motleyrice.com

*Attorney for Plaintiff the Government of Puerto Rico*