BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: INSULIN PRICING LITIGATION | § | MDL NO. 3080 |
|---|---|---|

MOTION FOR LEAVE TO FILE A REPLY
TO RESPONSE OF ALBANY COUNTY AND LAKE COUNTY

Pursuant to J.P.M.L. Rule 6.3, Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC (collectively, the "Manufacturers") respectfully move this Panel for leave to file a Reply to the Response of Albany County and Lake County (collectively, the "Counties"). A draft of Manufacturers' proposed reply is attached hereto as **Exhibit A**.

1. Movants filed the Motion to Transfer on May 9, 2023. (ECF No. 1).

2. The Court entered a Notice of Filing and Publication of Briefing Schedule with responses due on or before June 2, 2023, and a reply due on or before June 9, 2023. (ECF No. 4).

3. Manufacturers timely submitted their response in opposition to the Motion to Transfer on June 2, 2023. (ECF No. 37). On May 26, the Counties filed a Notice of Related Action (ECF No. 11), but did not file their response in support of centralization until after 6 PM Eastern Standard Time on June 2, 2023 (ECF No. 35).

4. Because of the near-simultaneous filings, Manufacturers did not have an opportunity to address in their opposition the factors relevant to consolidation first raised by the Counties' response. Factors unique to the Counties' actions weigh against consolidation, including the Counties' disparate state- and federal-law claims and that they are suing as health insurance payors (in contrast to the *parens patriae* claims pursued by Movants). Manufacturers respectfully submit that the addition of the Counties further confirms consolidation is inappropriate and set out their analysis in connection with that question in the attached reply.

6. J.P.M.L. Rule 6.3 permits parties to seek miscellaneous relief, and allows the Panel, through the Clerk, to act upon any such motion without waiting for a response. *See* Motion for Leave to File a Reply to Interested Party Response of Plaintiffs, *In re Tasigna (Nilotinib) Prods. Liab. Lit.*, 555 F. Supp. 3d 1363 (J.P.M.L. 2021) (MDL No. 3006), ECF No. 17 (requesting leave to file reply to nonmovant's response to motion); *see also id.* at ECF No. 18 (granting defendant's timely motion for leave to file reply).

7. Accordingly, Manufacturers request that the Panel permit the submission of the attached Reply to the Response of Albany and Lake Counties.

Dated: June 9, 2023                                   Respectfully submitted,

/s/ Diana M. Watral
Diana M. Watral, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
United States
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
Diana.Watral@kirkland.com

*Counsel for Defendant Eli Lilly and Company*

/s/ Neal Potischman
Neal Potischman
**DAVIS POLK & WARDWELL, LLP**
1600 El Camino Real
Menlo Park, CA 94025
Telephone: +1 650 752 2000
Facsimile: +1 650 752 2111
neal.potischman@davispolk.com

*Counsel for Defendant Novo Nordisk Inc.*

/w/ William D. Coglianese
William D. Coglianese
JONES DAY
51 Louisiana N.W.
Washington, D.C. 20001
Telephone: +1 202 879 3939
Facsimile: +1 202 626 1700
wcoglianese@jonesday.com

*Counsel for Defendant Sanofi-Aventis U.S., LLC*