# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Insulin Pricing Litigation          MDL No. 3080

# PROOF OF SERVICE

    In compliance with J.P.M.L. R. 4.1(a), I certify that the foregoing *Notice of Appearance* was filed on the Panel's CM/ECF system, which will send a copy to every party in this MDL by e-mail.

Dated: June 2, 2023                        Respectfully submitted,

                                                 /s/ William F. Cash III

                                                 William F. Cash III
                                                 **LEVIN PAPANTONIO RAFFERTY**
                                                 316 S. Baylen Street #600
                                                 Pensacola, Florida 32502
                                                 Phone: 850-435-7059
                                                 bcash@levinlaw.com

                                                 *Counsel for Albany County, New York and Lake County, Illinois*