UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Related Actions from JPML

Date Received: 6/15/23

JPML has been notified of the attached actions for potential inclusion in the proposed MDL

Number of Actions:  4

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL