BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: INSULIN PRICING LITIGATION          MDL-3080

AMENDED NOTICE OF POTENTIAL TAG-ALONG
ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation undersigned plaintiffs (the "*SISO* Plaintiffs") write to notify you of their potential tag along action, *Sistema Integrado de Salud del Oeste, L.L.C. et al. v. Eli Lilly and Company et al.*, 23-cv-01349 (D.P.R.), filed today in the United States District Court for the District of Puerto Rico.

The *SISO* Plaintiffs will promptly file their opposition to Movant's motion to transfer, setting forth in greater details the reasons why transfer of the *SISO* Plaintiffs' case is inappropriate under 28 U.S.C. § 1407. In short, *SISO* Plaintiffs are uniquely situated, relative to the plaintiffs in the other tag-along actions, and, as such, the facts that form the crux of their claims differ significantly from the facts relevant to those other actions and, if any MDL is formed, the *SISO* Plaintiffs' case should be carved out from it.

Attached hereto is the *SISO* Plaintiffs' Notice of Presentation of Oral Argument, which the *SISO* Plaintiffs are filing in an abundance of caution to meet the Panel's deadline. Once the clerk's office has processed the *SISO* Plaintiffs' Amended Notice of Potential Tag Along Action, the *SISO* Plaintiffs will separately file the attached Notice of Presentation of Oral Argument, if necessary.

A docket sheet and complaint are attached.

Dated: July 3, 2023               Respectfully submitted,

*/s/ Jason W. Burge*

Jason W. Burge
Michael R. Dodson
C. Hogan Paschal
**FISHMAN HAYGOOD LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Tel. (504) 586-5252
Fax (504) 586-5250
jburge@fishmanhaygood.com
mdodson@fishmanhaygood.com
hpaschal@fishmanhaygood.com

Harold D. Vicente-Colón
**VICENTE & CUEBAS**
Capital Center Sur Ph1-1201
239 Arterial Hostos
Hato Rey
Tel. (787) 751-8000
Fax (787) 756-5250
hdvc@vclawpr.com

Heriberto López Guzmán
**H. LOPEZ LAW, L.L.C.**
Metro Office Park
Lot 11, Suite 105A
Guaynabo, Puerto Rico 00968
Tel: (787) 422-0243
hlopez@hlopezlaw.com

*Counsel for Plaintiffs Sistema Integrado de Salud del Oeste, L.L.C. et al.*