BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | MDL No. 3080 |

SUPPLEMENTAL INFORMATION

Pursuant to J.P.M.L Rule 6.1(f), Consumer Plaintiffs of *In re Insulin Pricing Litigation*, No. 17-cv-699, pending in the United States District Court for the District of New Jersey, submit this Supplemental Information advising the Panel that three state attorneys general including one of the movants seeking transfer and consolidated proceedings—moved to intervene and object to preliminary approval of a class settlement in the District of New Jersey, which bears on the pending transfer motion pursuant to 28 U.S.C. § 1407:

1.  The movants in MDL No. 3080 are the States of Arkansas, Illinois, Kansas, Mississippi, and Montana ("Movants").  The Movants have each filed an action related to the pricing of insulin. And the Movants have all hired the same counsel ("Outside Counsel") to represent them in those lawsuits. On July 13, 2023, Outside Counsel filed on behalf of three states ("Intervenors") a motion to intervene and object in *In re Insulin Pricing Litigation*, No. 17-cv-699, pending in the United States District Court for the District of New Jersey.

2.  The intervention motion makes clear that the Movants are represented by

counsel admitted to the New Jersey bar.  By moving to intervene, Outside Counsel and the Intervenors accept that they may need to appear in the District of New Jersey through preliminary approval, notice, final approval, and, potentially, appeals.  It is also likely that they will seek to intervene again if a second or third settlement materializes with the remaining defendants.

3. The motion for intervention as a matter of right under Rule 24(a) and permissive intervention under Rule 24(b) has a return date in August.  Consumer Plaintiffs intend to oppose the motion.  Accordingly, the contested motion may not be decided in the short term.

4. Forcing Consumer Plaintiffs' case to any other district would unduly prejudice the litigants in *In re In re Insulin Pricing Litigation*, No. 17-cv-699, pending for more than six years in the United States District Court for the District of New Jersey. It would only further delay that action. And it would result in the parties and Courts wasting resources adjusting to a new forum after extensive litigation in New Jersey.

5. Conversely, consolidating these actions in the District of New Jersey, if anywhere, is all the more appropriate now given that the Intervenors have now moved to intervene in that district and will likely seek to do so again.

6. Counsel for the manufacturer defendants characterized the motion to transfer as a purported solution in search of a problem.  Because the Intervenors and Outside Counsel have effectively asked to appear in the District of New Jersey, to insert

themselves in motion practice that may continue for many months and a litigation that is ongoing against two defendants, Consumer Plaintiffs respectfully submit that the motion to intervene answers the question to which forum should these cases be transferred, if any: intervention in the District of New Jersey should militate against consolidation in any district other than the District of New Jersey.

7.   Consumer Plaintiffs submit that if the Panel determines that transfer is appropriate, transfer should be to the District of New Jersey. We look forward to discussing these issues further with the Panel at the oral argument scheduled for July 27, 2023.

Date: July 21, 2023                                    Respectfully submitted,

 *James E. Cecchi*
James E. Cecchi, Esq.
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
T: (973) 994-1700
F: (973) 994-1744
Email: jcecchi@carellabyrne.com

*Attorney for Interested Party*
*DNJ Chaires Plaintiffs*
(*In re Insulin Pricing Litigation,* Case No. 17-cv-699 (D.N.J.))