BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Insulin Pricing Litigation                                      MDL No. 3080

### RESPONSE OF MONMOUTH COUNTY, NEW JERSEY AND CLEVELAND, OHIO IN SUPPORT OF CENTRALIZATION

Plaintiffs in two newly-filed actions—Monmouth County, New Jersey and Cleveland, Ohio—support the motion to centralize all related actions in one MDL. These entities support the **District of New Jersey** as the best venue for this MDL.

These new actions demonstrate an increasing federal docket and growing momentum in this MDL in favor of the District of New Jersey. Monmouth County's action was filed July 21. Cleveland's action was filed today, July 24.[1]

Cleveland and Monmouth County cite and adopt the arguments made by Albany County, New York and Lake County, Illinois. (Panel ECF No. 35.) They also cite the arguments made by the "*Chaires* plaintiffs" in support of the District of New Jersey. (Panel ECF Nos. 34 and 78.)

---

[1] The actions are *County of Monmouth, New Jersey v. Eli Lilly and Co.*, No. 3:23-cv-03916 (D.N.J.) and *City of Cleveland, Ohio v. Eli Lilly and Co.*, No. 1:23-cv-01417 (N.D. Ohio).

Dated: July 24, 2023

Respectfully submitted,

/s/ William F. Cash III

William F. Cash III
Troy A. Rafferty
Matthew D. Schultz
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 S. Baylen Street #600
Pensacola, Florida 32502
Phone: 850-435-7059
bcash@levinlaw.com

Benjamin J. Widlanski
Tal J. Lifshitz
Jorge L. Piedra
Javier A. Lopez
Rachel Sullivan
Daniel T. DiClemente
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
tjl@kttlaw.com
jpiedra@kttlaw.com
jal@kttlaw.com
rs@kttlaw.com
ddiclemente@kttlaw.com

3

Archie C. Lamb, Jr.
**ARCHIE LAMB & ASSOCIATES**
P.O. Box 2088
Birmingham, Alabama 35201
(205) 612-6789
alamb@archielamb.com

Christopher A. Seeger
David R. Buchanan
Steven J. Daroci
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
(973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sdaroci@seegerweiss.com

*Counsel for Monmouth County, New Jersey and Cleveland, Ohio*