## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** Insulin Pricing Litigation                              MDL No. 3080

### MOTION OF MONMOUTH COUNTY, NEW JERSEY AND CLEVELAND, OHIO FOR LEAVE TO FILE AN INTERESTED PARTY RESPONSE

Plaintiffs in two newly-filed actions—Monmouth County, New Jersey and Cleveland, Ohio—move for leave to file their interested party response, which has been filed at Panel ECF No. 80. This motion is brought under J.P.M.L. Rule 6.3.

The Panel's Clerk advised the parties that any interested party response would require leave to file, given that the hearing is this Thursday and the deadline to file passed last week.

As good grounds for granting this motion, these plaintiffs state that their actions are brand-new: Cleveland's action was filed just hours ago and Monmouth County's was filed late Friday. Therefore, this response is being filed as promptly as possible.

These plaintiffs' response will also aid the Panel in learning that there continue to be new actions filed, and those plaintiffs support the District of New Jersey as the appropriate transferee forum.

The Panel's consideration is respectfully requested.

1

| | |
|---|---|
| Dated: July 24, 2023 | Respectfully submitted,<br><br>/s/ William F. Cash III<br><br>William F. Cash III<br>Troy A. Rafferty<br>Matthew D. Schultz<br>**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**<br>316 S. Baylen Street #600<br>Pensacola, Florida 32502<br>Phone: 850-435-7059<br>bcash@levinlaw.com<br><br>Benjamin J. Widlanski<br>Tal J. Lifshitz<br>Jorge L. Piedra<br>Javier A. Lopez<br>Rachel Sullivan<br>Daniel T. DiClemente<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 372-1800<br>bwidlanski@kttlaw.com<br>tjl@kttlaw.com<br>jpiedra@kttlaw.com<br>jal@kttlaw.com<br>rs@kttlaw.com<br>ddiclemente@kttlaw.com |

3

Archie C. Lamb, Jr.
**ARCHIE LAMB & ASSOCIATES**
P.O. Box 2088
Birmingham, Alabama 35201
(205) 612-6789
alamb@archielamb.com

Christopher A. Seeger
David R. Buchanan
Steven J. Daroci
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
(973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sdaroci@seegerweiss.com

*Counsel for Monmouth County, New Jersey and Cleveland, Ohio*