BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: | MDL No. 3080 |
|---|---|
| **INSULING PRICING LITIGATION** | **This Document Relates to:** *State of Louisiana v. Sanofi-Aventis LLC, et al.,* Civ. Action No. 23-302-BAJ-SDJ (M.D. La.) (federal removal and pending remand motion). (Original action pending in: *State of Louisiana v. Sanofi-Aventis LLC, et al.,* No. C-72979, 19th Jud. Dist. Court for the Parish of East Baton Rouge, Louisiana.) |

### THE STATE OF LOUISIANA'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-1)

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML" or "Panel"), the State of Louisiana hereby files this Notice of Opposition to the Conditional Transfer Order ("CTO") conditionally transferring this action to the designated transferee district court, the United States District Court for the District of New Jersey. *See* Electronic Court File (ECF) Doc. 93. The State of Louisiana will timely file its Motion to Vacate in fourteen (14) days, respectfully requesting that the Panel vacate its CTO, allowing this action to remain in the Middle District of Louisiana (until its subsequent remand to state court).

**Respectfully submitted,**

**JEFF LANDRY, ATTORNEY GENERAL FOR THE STATE OF LOUISIANA**
Nicholas J. Diez, No. 31701
Matthew P. Stafford, Jr., No. 32706
Medicaid Fraud Control Unit
Mike Dupree, No. 26870
Public Protection Division
Office of the Attorney General, State of Louisiana
1885 North 3rd Street
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6468

Facsimile: (225) 326-6499
diezn@ag.louisiana.gov
staffordm@ag.louisiana.gov
dupreem@ag.louisiana.gov

*/s/ John Alden Meade*
John Alden Meade, No. 29975
Meade Young, LLC
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
T: 504-382-6283
F: 504-717-2846
E: jam@meadeyoung.com

Robert L. Salim, No. 11663
Lisa Causey-Streete, No. 33767
Salim-Beasley LLC
1901 Texas Street
Natchitoches, LA  71457
T: 318-352-5999
F: 318-352-5998
E: skeeter@salim-beasley.com
E: lcausey@salim-beasley.com

Jerald P. Block, No. 3151
Block Law Firm, APLC
422 East 1st Street
Post Office Box 108
Thibodaux, LA  70301
T: 985-446-0418
F: 985-446-0422
E: jpb@blocklawfirm.com

Eulis Simien, Jr., No. 12077
Jimmy Simien, No. 1598
Roy Bergeron, Jr., No. 33726
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
T: 225-932-9221
F: 225-932-9286
E: eulissimien@simien.com
E: jimmysimien@simien.com
E: roybergeron@simien.com

*Attorneys for Plaintiff State of Louisiana*