| | |
|---|---|
| **BEFORE THE UNITED STATES**<br>**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** | |
| **IN RE: INSULIN PRICING LITIGATION**<br><br>This document relates to:<br>*Sistema Integrado de Salud del Oeste, L.L.C., et al. v. Eli Lilly Company, et al.*, Case No. 3:23-cv-01349 (D.P.R.) | **MDL DOCKET NO. 3080** |

**PLAINTIFFS SISTEMA INTEGRADO DE SALUD DEL OESTE, L.L.C., EAST COAST MEDICAL SERVICES INC., COSTA ESTE MEDICAL SERVICES, L.L.C., COSTA ESTE MEDICAL SERVICES CORP., & FAMILY MEDICINE GROUP INC.'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-1)**

In accordance with Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Sistema Integrado de Salud del Oeste, L.L.C., East Coast Medical Services Inc., Costa Este Medical Services, L.L.C., Costa Este Medical Services Corp., and Family Medicine Group Inc. hereby respectfully submit this Opposition to the Conditional Transfer Order (CTO-1) dated August 4, 2023 (Rec. Doc. 16) as it relates to the case styled *Sistema Integrado de Salud del Oeste, L.L.C., et al. v. Eli Lilly & Company, et al.*, Case No. 3:23-cv-01349, United States District Court for the District of Puerto Rico.

Plaintiffs have voluntarily dismissed the above action, (*see* Exhibit A), and therefore oppose transfer as moot.

**[Signatures on Following Page]**

1

Dated: August 11, 2023                              Respectfully submitted,

/s/ *Jason W. Burge*
Jason W. Burge
Michael R. Dodson
C. Hogan Paschal
FISHMAN HAYGOOD, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:     504.586.5252
Facsimile:     504.586.5250
jburge@fishmanhaygood.com
mdodson@fishmanhaygood.com
hpaschal@fishmanhaygood.com

Harold D. Vicente-Colón
VICENTE & CUEBAS
Capital Center Sur Ph1-1201
239 Arterial Hostos
Hato Rey
Tel. (787) 751-8000
Fax (787) 756-5250
hdvc@vclawpr.com

Heriberto López Guzmán
H. LOPEZ LAW, L.L.C.
Metro Office Park
Lot 11, Suite 105A
Guaynabo, Puerto Rico 00968
Tel: (787) 422-0243
hlopez@hlopezlaw.com

***Counsel to Plaintiffs***