BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | MDL No. 3080 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark PHC, L.L.C. write to notify the Clerk of the Panel that CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark PHC, L.L.C. have been named as defendants in a potential tag-along action to *In Re: Insulin Pricing Litigation*, MDL No. 3080. The docket sheet and Complaint are attached as Exhibit A.

Dated: December 12, 2024

*/s/ Enu Mainigi*
Enu Mainigi
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Attorney for CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark PHC, L.L.C.*