BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: INSULIN PRICING LITIGATION        MDL No. 3080

SCHEDULE OF POTENTIAL TAG-ALONG ACTION

| Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Delaware County District Attorney Jack Stollsteimer, acting in the name of the Commonwealth of Pennsylvania | Eli Lilly and Company, Novo Nordisk, Inc., Sanofi-Aventis U.S. LLC, Caremark PHC L.L.C., Express Scripts, Inc., Evernorth Health, Inc. (f/k/a Express Scripts Holding Co.), Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Services, Inc., Express Scripts Pharmacy, Inc., CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., UnitedHealth Group, Inc., OptumRx, Optum, Inc. OptumRx Inc., OptumInsight, Inc. | E.D. Pa. | 2:24-cv-06625 | Judge John M. Younge |

Dated: December 12, 2024

*/s/ Enu Mainigi*
Enu Mainigi
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Attorney for CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark PHC, L.L.C.*