BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | MDL No. 3080 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the Notice of Potential Tag-Along Action will be served via e-mail to the following counsel on December 12, 2024:

**Counsel for Plaintiff**
Jerry R. DeSiderato, Esq.
David A. Rodkey, Esq.
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
jdesiderato@dilworthlaw.com
drodkey@dilworthlaw.com

**Counsel for Defendant Eli Lilly and Company**
Diana M. Watral
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
diana.watral@kirkland.com

**Counsel for Defendant Novo Nordisk, Inc.**
Neal A. Potischman
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road, Suite 200
Redwood City, CA 94063
neal.potischman@davispolk.com

**Counsel for Defendant Sanofi-Aventis U.S. LLC**
William D. Coglianese
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC 20001
wcoglianese@jonesday.com

**Counsel for Defendants Express Scripts, Inc., Evernorth Health, Inc. (f/k/a Express Scripts Holding Co.), Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Services, Inc., and Express Scripts Pharmacy, Inc.**

    Jason R. Scherr
    **MORGAN, LEWIS & BOCKIUS LLP**
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    jr.scherr@morganlewis.com

**Counsel for Defendants UnitedHealth Group, Inc., OptumRx, Optum, Inc., OptumRx Inc., and OptumInsight, Inc.**

    Brian David Boone
    **ALSTON & BIRD LLP**
    1120 South Tryon Street, Ste. 300
    Charlotte, NC 28203-6818
    brian.boone@alston.com

Dated: December 12, 2024        */s/ Enu Mainigi*
                                                  Enu Mainigi

                                                  **WILLIAMS AND CONNOLLY LLP**
                                                  680 Maine Avenue SW
                                                  Washington, DC 20024
                                                  Tel: (202) 434-5000
                                                  Fax: (202) 434-5029
                                                  emainigi@wc.com

                                                  *Attorney for CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark PHC, L.L.C.*