**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **MDL No. 3080**<br><br>**THIS DOCUMENT RELATES TO:** *Gov't of Puerto Rico v. Eli Lilly & Co.*, No. 3:23-cv-1127 (D.P.R) |

**MANUFACTURER DEFENDANTS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER NO. 21**

Pursuant to Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Eli Lilly and Company, Eli Lilly Export S.A., Novo Nordisk Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis Puerto Rico Inc. ("Manufacturer Defendants") respectfully move to vacate Conditional Transfer Order No. 21 (ECF 350) issued by this Panel on December 9, 2024, conditionally transferring the above referenced case to *In re: Insulin Pricing Litigation*, MDL No. 3080 (D.N.J.) in the United States District Court for the District of New Jersey. Manufacturer Defendants request that the Panel deny transfer without prejudice to renewal in the event that the District of Puerto Rico denies Puerto Rico's motion for leave to amend. Manufacturer Defendants attach the accompanying memorandum in support of their motion.

Dated: January 2, 2025

Respectfully submitted,

*/s/ Diana M. Watral*

Diana M. Watral, P.C.
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
T: (312) 862-2000
diana.watral@kirkland.com

*Attorney for Eli Lilly and Company and Eli Lilly Export S.A.*

*/s/ William D. Coglianese*

William D. Coglianese
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC 20001
T: (202) 879-3710
wcoglianese@jonesday.com

*Attorney for Sanofi-Aventis U.S. LLC and Sanofi-Aventis Puerto Rico Inc.*

*/s/ Neal A. Potischman*

Neal A. Potischman
DAVIS POLK & WARDWELL, LLP
1600 El Camino Real
Menlo Park, CA 94025
T: (650) 752-2000
neal.potischman@davispolk.com

*Attorney for Novo Nordisk Inc.*