**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: INSULIN PRICING LITIGATION**
State of West Virginia, ex rel. John B. McCuskey )
   v. Eli Lilly and Company et al., )
    N.D. West Virginia, C.A. No. 5:24-00143 )          MDL No. 3080

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the above-captioned action on July 9, 2025. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. Subsequently, plaintiff notified the Panel that it wishes to withdraw its opposition to transfer of the action.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-27" filed on July 9, 2025, is LIFTED. This action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Brian R. Martinotti.

FOR THE PANEL:

_James V. Ingold_
James V. Ingold
Clerk of the Panel